UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No.: 02-CV-213 (JRT/FLN)

**STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree that the time within which Defendant may otherwise respond to Plaintiff's Complaint shall be extended to and including March 1, 2002.

Dated: February 7, 2002

FREDRIKSON & BYRON, P.A.

By ______________________
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271833)
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7028/7097

Attorney for Plaintiff

Dated: February 11, 2002

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By ______________________
Michael T. Nilan (#79224)
Scott A. Smith (#174026)
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: February 14, 2002

By ______________________
The Honorable Franklin L. Noel
Magistrate Judge of U.S. District Court
District of Minnesota

FILED FEB 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DN: 139787