UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counter-Claimant. | Court File No.: 02-CV-213 (JRT/FLN)<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER** |

The parties, by and through their counsel, hereby stipulate and agree that the Court may enter a temporary restraining order in this action, without any finding by the Court, as follows:

Plaintiff and counterdefendant Slidell, Inc. ("Slidell") is hereby restrained and enjoined from the following:

1. Disassembling all or any portion of each of seven partially-constructed titanium dioxide packaging machines being built by Slidell for Millennium Inorganic Chemicals Inc. ("Millennium") pursuant to a Contract between the two parties dated March 17, 2000;

2. Selling, transferring or conveying in any manner, whether for or without value, to any entity other than Millennium, any legal or equitable right or interest, without limitation, in or to:

(a) Each of the aforesaid titanium dioxide packaging machines, and any components thereof; and,

(b) Any and all parts, subassemblies or other components which have been identified to Millennium's contract for the aforesaid titanium dioxide packaging

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 141802

machines, regardless of whether such parts, subassemblies or other components have, or have not, been physically attached to or incorporated into the units themselves;

3. Committing, taking or causing or allowing to occur any other act, action or omission, without limitation, which would in any manner diminish the value of or otherwise interfere with Millennium's potential legal and equitable rights to:

(a) Each of the aforesaid titanium dioxide packaging machines, and any components thereof; and,

(b) Any and all parts, subassemblies or other components which have been identified to Millennium's contract for the aforesaid titanium dioxide packaging machines, regardless of whether such parts, subassemblies or other components have, or have not, been physically attached to or incorporated into the units themselves.

The parties further stipulate and agree that this temporary restraining order shall take effect immediately upon entry by the Court and shall remain in full force and effect until such time as the Court enters its ruling on Millennium's motion for a preliminary injunction; that the terms of this Order shall be binding upon the parties and upon their officers, agents, servants, employees and attorneys, and each of them; and, that no security shall be required of Millennium.

Respectfully submitted,

FREDRIKSON & BYRON, P.A.

By [signature]
Thomas S. Fraser (#31641)
Jeffrey W. Post (#271883)

1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7000
Fax: (612) 347-7077

Attorneys for Plaintiff and Counterdefendant Slidell, Inc.

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By________________________
Michael T. Nilan (#79224)
Scott A. Smith (#174026)
Matthew E. Johnson (#235945)

220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

Attorneys for Defendant and Counterclaimant
Millennium Inorganic Chemicals Inc.

**ORDER**

The foregoing is ORDERED, ADJUDGED AND DECREED by the Court this 12th day of March, 2002, at 6:10 a.m./p.m. in Minneapolis, Minnesota.

________________________
The Honorable John R. Tunheim
Judge, United States District Court
District of Minnesota