UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc., Civil No. 02-213 JRT/FLN

Plaintiff,

v. ORDER

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

Thomas S. Fraser, & Jeffrey W. Post, for Plaintiff.
Matthew E. Johnson, for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on December 18, 2002, on Plaintiff's Motion for an Amended Protective Order [#34].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to Defendant's interrogatories 11, 12, and 13 and requests for production of documents 2, 4, 10, 11, 16, and 19 are **OVERRULED**.

2. In so far as the Motion seeks to establish a "Highly Confidential" designation, the motion is **DENIED without prejudice**. The current protective order is generally adequate to protect Plaintiff's confidential information. If Plaintiff can establish that specific documents require a greater level of protection, it is free to make another motion to have those specific documents designated attorneys' eyes only. Put differently, the Court concludes that the discovery process is better served by making the attorney's eyes only determination on a document-by-document basis, rather than allowing either party to simply designate documents to put in that category. If Plaintiff can demonstrate that specific documents are in need of a greater degree of protection, they are free to bring another motion which specifically identifies which documents are in need of such protection and why.



FILED DEC 1 9 2002
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: 12/19/02

FRANKLIN L. NOEL
United States Magistrate Judge