**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Slidell, Inc.,**

**Plaintiff and Counter-Defendant,**

**Millennium Inorganic Chemicals, Inc.,**

**Defendant and Counter-Claimant.**

**Court File No. 02-CV-213 (JRT/FLN)**

**STIPULATED AMENDMENT TO PROTECTIVE ORDER**

---

WHEREAS, Plaintiff and Defendant agreed to a Stipulated Protective Order (the "Protective Order") which was entered by the Court on November 15, 2002; and

WHEREAS, Plaintiff has subpoenaed documents from The Rovisys Company and has subpoenaed for deposition John Glowe who is employed by The Rovisys Company; and

WHEREAS, The Rovisys Company seeks protection of its proprietary and confidential information; and

WHEREAS, the parties hereto and The Rovisys Company have agreed that the Protective Order shall be amended to apply to documents produced and deposition testimony provided by The Rovisys Company, its agents and employees;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Slidell, Inc., Plaintiff, Millennium Inorganic Chemicals Inc., Defendant and The Rovisys Company that the

APR 1 6 2003
FILED ... SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY

Stipulated Protective Order entered by this Court on November 15, 2002 is hereby amended so as to apply to Plaintiff, Defendant and The Rovisys Company.

April 14, 2003

Jeffrey W. P

Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Fredrikson & Byron, P.A.
4000 Pillsbury Center
600 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 492-7000
Fax: (612) 492-7077

ATTORNEYS FOR PLAINTIFF-COUNTER-DEFENDANT

April 14, 2003

Michael T. Nilan (#79224)
Scott A. Smith (#174026)
Matthew E. Johnson (#235945)
Halleland, Lewis, Nilan, Sipkins & Johnson, P.A.
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Phone: (612) 338-1838
Fax: (612) 338-7858

ATTORNEYS FOR DEFENDANT-COUNTER-CLAIMANT

James D. Vail
Schneider, Smeltz, Ranney & LaFond, P.L.L.
1111 Superior Avenue
Suite 1000
Cleveland, OH 44114-2568
Phone: (216) 696-4200
Fax: (216) 696-7303

ATTORNEYS FOR THE ROVISYS COMPANY

IT IS SO ORDERED.

Dated: April 16, 2003

Honorable Franklin L. Noel
United States Magistrate Judge