UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff and Counter-Defendant,

Millennium Inorganic Chemicals Inc.,

Defendant and Counter-Claimant.

Court File No. 02-CV-213 (JRT/FLN)

**STIPULATED AMENDMENT TO PROTECTIVE ORDER**

WHEREAS, Plaintiff and Counter-Defendant Slidell, Inc. ("Slidell") and Defendant and Counter-Claimant Millennium Inorganic Chemicals, Inc. ("Millennium") agreed to a Stipulated Protective Order (the "Protective Order") which was entered by the Court on November 15, 2002; and

WHEREAS, Millennium has subpoenaed documents from Grant Thornton, L.L.P. ("Grant Thornton"), and has subpoenaed Grant Thornton for deposition; and

WHEREAS, Grant Thornton seeks protection of its proprietary and confidential information; and

WHEREAS, the parties hereto and Grant Thornton have agreed that the Protective Order shall be amended to apply to documents produced and deposition testimony provided by Grant Thornton, its agents and employees;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Slidell, Millennium, and Grant Thornton that the Stipulated Protective Order entered by this Court on

FILED JUN 17 2003
RICHARD D. SLETTEN, CLERK

November 15, 2002 is hereby amended so as to apply to Slidell, Millennium, and Grant Thornton.

Dated: May 22, 2003

Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
600 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 492-7000
Fax: (612) 492-7077

ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT

Dated: May 22, 2003

Michael T. Nilan (#79224)
Scott A. Smith (#174026)
Matthew E. Johnson (#235945)
HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON, P.A.
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
Phone: (612) 338-1838
Fax: (612) 338-7858

ATTORNEYS FOR DEFENDANT-COUNTER-CLAIMANT

Dated: June 13, 2003

Julie Halbower

Julie Halbower, Esq.
GRANT THORNTON, LLP
500 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 677-5273
Fax: (612) 332-8361

ATTORNEY FOR GRANT THORNTON, LLP

IT IS SO ORDERED.

Dated: June 17, 2003

Franklin L. Noel

Honorable Franklin L. Noel
United States Magistrate Judge

#2803453\1