UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

vs.

Millennium Inorganic Chemicals Inc.,

Defendant.

File No. 02-CV-213 (JRT/FLN)

**ORDER AMENDING EXPERT DEADLINES**

Upon the motion of Plaintiff, which was not opposed by Defendant, the Court hereby amends the Amended Pre-trial Scheduling Order as follows:

1. Plaintiff shall disclose the identity and reports of its experts on August 1, 2003.

2. Defendant shall disclose the identity and reports of its experts on September 1, 2003.

3. The parties may depose up to two experts each by October 1, 2003.

4. The other deadlines remain unchanged.

Dated: June ___, 2003

Franklin L. Noel
United States Magistrate Judge

2819447\1

FILED JUN 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______