COPY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Slidell, Inc., | ) | Court File No. 02-CV-213 (JRT/FLN) |
| Plaintiff and Counterdefendant, | ) | |
| v. | ) | **ORDER GRANTING MILLENNIUM INORGANIC CHEMICALS INC.'S MOTION FOR PROTECTIVE ORDER CONCERNING THE DEPOSITION OF THE CEO OF MILLENNIUM CHEMICALS INC.** |
| Millennium Inorganic Chemicals Inc., | ) | |
| Defendant and Counterclaimant. | ) | |

The above-referenced matter came on for hearing on June 30, 2003, before the undersigned, on Millennium Inorganic Chemicals Inc.'s Motion for a Protective Order Concerning the Deposition of the CEO of Millennium Chemicals Inc.

Michael T. Nilan, Esq., Scott A. Smith, Esq., and Matthew E. Johnson, Esq., appeared on behalf of Defendant and Counterclaimant Millennium Inorganic Chemicals Inc. Thomas S. Fraser, Esq., and Jeffrey W. Post, Esq. appeared on behalf of Plaintiff and Counterdefendant Slidell, Inc.

The Court, having reviewed the files and records in this matter, and having heard the arguments of counsel, hereby GRANTS the Motion for a Protective Order. Slidell, Inc., may not take the deposition of William Landuyt, the CEO of Millennium Chemicals Inc.

IT IS SO ORDERED.

Dated: June 30, 2003

Franklin L. Noel
HONORABLE FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

FILED JUL - 1 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 188392