UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Civil No. 02-213 JRT/FLN

ORDER

---

Jeffrey W. Post, for Plaintiff.
Matthew E. Johnson, for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on August 25, 2003, on Defendant's Motion to Compel Discovery [#89]. Many issues addressed by the parties in their moving papers were resolved by the time of the hearing. The only issues left, at the time of the hearing, were those set forth in the rulings below.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel [#89] is **GRANTED** as follows:

1. In so far as the Motion relates to Defendant's Interrogatories Nos. 5, 6, and 21, the Motion is **GRANTED**, except for the vendor identification for each part;

2. In so far as the Motion relates to Defendant's Interrogatories Nos. 22, 23, 25 and 26, the Motion is **GRANTED**;

3. In so far as the Motion relates to Defendant's Interrogatory #20, the Motion is **GRANTED**;

4. In so far as the Motion relates to Defendant's Request for Production of Documents Nos. 38, 45, 46, and 47, the Motion



AUG 2 8 2003
FILED
RICHARD D. S
JUDGMENT E
DEPUTY CLE

is **GRANTED**;

5. In so far as the Motion relates to Defendant's Request for Production of Documents No. 54, the Motion is **GRANTED**;

6. In so far as the Motion relates to Defendant's Request for Production of Documents that Plaintiff has withheld from production on the grounds that the documents are "highly confidential," the Motion is **GRANTED**, unless a Motion for Protective Order is filed on or before September 2, 2003;

7. In so far as the Motion relates to the Defendant's Request for Production of Documents No. 1 pertaining to Northeast Specialties, the Motion is **GRANTED**;

8. In so far as the Motion relates to documents that bear the "auto-date" markings, so that the original date of the forms origination can not be determined, the Motion is **GRANTED,** with the caveat that the parties must meet and agree what specific documents are at issue;

9. All documents and answers responsive to this Motion must be **produced on or before September 15, 2003**. It was determined that all other items brought in this motion were resolved prior to this hearing or moot.

DATED: Aug 27, 2003

FRANKLIN L. NOEL
United States Magistrate Judge