UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals, Inc.,<br><br>Defendant and Counterclaimant. | Court File No.: 02-CV-213 (JRT/FLN)<br><br>**JOINT MOTION FOR EXTENSION OF DEADLINE FOR FILING OF DISPOSITIVE MOTIONS** |

Plaintiff and Defendant, by and through their respective counsel, hereby jointly move the Court to modify ¶ 3(a) of the existing Pretrial Schedule dated April 24, 2002 to extend the deadline for the filing of dispositive motions in this case from November 1, 2003 to November 10, 2003. In support of this motion, the parties show the Court the following:

1. Paragraph 3(a) of the Court's Pretrial Schedule of April 24, 2002 provides that all dispositive motions in this case shall be filed on or before November 1, 2003.

2. Plaintiff and Defendant both served dispositive motions on October 3, 2003, 28 days in advance of the November 1, 2003 deadline, in conformity with Local Rule 7.1(b)(2).

3. In accordance with Local Rule 7.1(c), the Court has permitted the parties to serve memoranda of law totaling 50 pages.

4. Pursuant to Local Rule 7.1(b)(2)(B) and (C), under the current schedule each party's materials in opposition to the other party's original motions for summary judgment are to be served on or before October 24, 2003, and each party's reply memorandum in support of its motion for summary judgment is to be served on or before October 31, 2003.

5. Upon review of each side's initial moving papers, the parties agree that the length of the briefs and complexity and number of issues warrant a short extension of the briefing schedule. To that end, the parties have agreed as follows:

FILED OCT 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 199381

(a) Each party's responsive materials to the other party's motion for summary judgment, as provided by Local Rule 7.1(b)(2)(B), shall be served upon opposing counsel not later than October 31, 2003;

(b) Each party's reply memorandum in support of its original motion for summary judgment, as provided by Local Rule 7.1(b)(2)(C), shall be served upon opposing counsel not later than November 10, 2003.

6. Local Rules 7.1(b)(2)(B) and (C) provide that reasonable extensions of time to complete briefing of dispositive motions may be agreed to by the parties without leave of court. The parties believe that these changes to the briefing schedule are "reasonable" within the meaning of Local Rules 7.1(b)(2)(B) and (C) and do not require Court approval per se. However, since the net effect of these changes is to extend the November 1, 2003 deadline established in ¶ 3(a) of the Court's April 24, 2002 Pretrial Schedule by 9 days, the parties seek modification of that deadline accordingly.

7. An appropriate Order follows this Joint Motion.

WHEREFORE, the parties respectfully request the Court to modify ¶ 3(a) of the Pretrial Schedule dated April 24, 2002 to extend the deadline for filing of dispositive motions to November 10, 2003, and for all further relief proper in the premises.

Dated: October 13, 2003

FREDRIKSON & BYRON, P.A.

By____________________

Thomas S. Fraser Reg No. 31641
Jeffrey W. Post Reg. No. 0271883
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7028/7097

Attorney for Plaintiff and Counterdefendant Slidel, Inc.

DN: 199381

Dated: October 10, 2003

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By______________________________
Michael T. Nilan Reg No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

Attorney for Defendant and Counterclaimant
Millennium Inorganic Chemicals, Inc.

**ORDER**

The Court hereby GRANTS the parties' Joint Motion and amends ¶ 3(a), only, of the Court's Scheduling Order dated April 24, 2002 as follows: All dispositive motions in this matter shall be filed on or before November 10, 2003.

No other provisions of the Court's April 24, 2002 Scheduling Order shall be affected by this Order.

Dated: October 16, 2003

By______________________________
Judge, United States District Court
District of Minnesota