UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc., 02-213 JRT/FLN

Plaintiff,

v. **ORDER**

Millennium Inorganic Chemicals,

Defendant.

---

Jeffrey W. Post, Esq., for Plaintiff.
Scott A. Smith, Esq. & Matthew S. Johnson. Esq., for Defendant

---

**THIS MATTER** came before the undersigned Magistrate Judge on September 22, 2003, on Plaintiff's Motion to Compel Production of Documents and to Extend the Expert Witness Disclosure Deadline [#97].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Plaintiff's Motion to Compel Production of Documents and to Extend the Expert Witness Disclosure Deadline [#97] is **GRANTED in part** and **DENIED in part** as follows:

1. In so far as the Motion relates to an extension of the expert witness disclosure deadline the Motion is **DENIED;**

2. The Defendant is directed to give Bates Numbers to any and all documents redacted or identified on the privilege log, including withheld privileged documents;

3. In so far as the Motion relates to Plaintiff's request for production of consistent redactions of documents already produced the Motion is **DENIED**;

4. The Defendant is ordered to submit on or before September 25, 2003 the documents identified at the hearing for an in camera inspection, and the Court has issued a separate order addressing the various privilege objections;

FILED NOV 2 0 2003
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. In so far as the Motion relates to Plaintiff's Document Requests No. 20 and No. 21 the Motion is **GRANTED.**

DATED: Nov 17, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

**LR 67.1 MONEY PAID INTO COURT**
Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

**LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS**
(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters ... with a particular case may be addressed to the deputy clerk serving as ... assigned.