# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Slidell, Inc., | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 02-213 JRT/FLN |
| | ) | Date: February 24, 2004 |
| Millennium Inorganic Chemicals Inc., | ) | Deputy: Lou Jean M. Gleason |
| | ) | Court Reporter: Karen Grufman |
| Defendant. | ) | Time Commenced: 9:45 a.m. |
| | ) | Time Concluded: 11:15 a.m. |
| | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **Plaintiff's Motion for Partial Summary Judgment [Docket No. 123] and Defendant's Motion for Summary Judgment on the Complaint and Partial Summary Judgment on its Counterclaim [Docket No. 110] were taken under advisement.**

APPEARANCES:

Plaintiff: Thomas S. Fraser, Jeffrey W. Post, Jeffrey W. Jones, and Wade Davis
Defendant: Scott A. Smith, Matthew E. Johnson, and Amanda Cialkowski

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.

s/Lou Jean M. Gleason
Calendar Clerk