**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**AFFIDAVIT OF SERVICE**

---

STATE OF MINNESOTA )
)
COUNTY OF Dakota )

Mary R. McGregor, being first duly sworn on oath, deposes and states that she made service of the attached **NOTICE OF ATTORNEY'S LIEN** by sending a copy thereof by enclosing same in an envelope with first class, certified mail, postage prepaid and depositing same in the post office at Lakeville, Minnesota, addressed to:

Slidell, Inc.
P.O. Box 710
2355 Lemond Road
Owatonna, MN 55060

Mary R. McGregor
Mary R. McGregor

Subscribed and sworn to before me
this 4th day of June, 2004.

Allison Anderson
Notary Public

ALLISON M. ANDERSON
Notary Public
Minnesota
My Commission Expires January 31, 2009

SCANNED
U.S. DISTRICT COURT MPLS

# NOTICE OF ATTORNEY'S LIEN PURSUANT TO MINN. STAT. §481.13

**NOTICE IS HEREBY GIVEN** that Mary R. McGregor, Esq., claims and intends to hold a lien upon the interest of SLIDELL, INC., a Minnesota corporation, in any judgment entered in that certain matter in United States District Court, District of Minnesota, Fourth Division Civil File No. 02-CV-213 (JRT/FLN) in the matter entitled Slidell, Inc., Plaintiff, v. Millennium Inorganic Chemicals, Inc., Defendant.

This lien is claimed for legal services rendered by Mary R. McGregor, Esq., to Slidell, Inc. regarding said proceeding.

Dated: June 4th, 2004

By [signature]
Mary R. McGregor, Esq. (#0190111)
23175 France Circle
Lakeville, MN 55044
612-701-3098

STATE OF MINNESOTA )
)
COUNTY OF Rice )

The foregoing instrument was acknowledged before me this 4th day of June, 2004 by Mary R. McGregor.

MARCIA R. WIDMAN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2007

[signature]
Notary Public

This instrument was drafted by:

Mary McGregor, Esq.
23175 France Circle
Lakeville, MN 55044

RECEIVED
BY U.S. MAIL
2004 JUN -7 AM 9:38
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

June 4, 2004

Clerk of Court
United States District Court
District of Minnesota
Fourth Division
300 South Fourth Street
Minneapolis, MN 55415

**Re: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.**
**Court File No. 02-CV-213 (JRT/FLN)**
**- Notice of Attorney's Lien**

Dear Clerk:

Enclosed for filing is an Affidavit of Service in connection with Notice of Attorney's Lien Pursuant to Minn. Stat. §481.13 in the above-referenced matter.

Very truly yours,

Mary R. McGregor

Enclosure