UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# NOTICE OF ASSIGNMENT FOR TRIAL

Civil case on the attached list is set for trial before Judge John R. Tunheim at the United States Courthouse, Courtroom 13 East, Thirteenth Floor, 300 South Fourth Street, Minneapolis, Minnesota, for the period beginning the week of **Monday, August 9, 2004**, with trial to commence at **9:30 a.m.**

The case is deemed **Ready for Trial** as of **August 9, 2003**. **DO NOT report for trial until you are called**.

If the case is not reached for trial during the period indicated, it will be tried as soon as possible thereafter and should be kept on a "ready basis." **IT IS ORDERED** that if the attorney having responsibility for the case is unable to try the case, he or she shall refer the case to another attorney so the case can proceed in an expeditious manner.

**Attention of counsel is called to the enclosed Memorandum Re Pretrial Procedures and Local Rule 39.1 Re Trial Procedures. Counsel are requested to furnish the Court the matters required therein at the times requested.**

Questions regarding the calendar may be directed to Lou Jean Gleason, Calendar Clerk for Judge Tunheim, 13E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, telephone number (612) 664-5083.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**