AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Slidell, Inc.

V.

Millennium Inorganic Chemicals, Inc.

**NOTICE**

CASE 02-213 JRT/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

SETTLEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 300 South 4th St., #9W<br>Minneapolis, MN 55415 | July 30, 2004 at 9:30 a.m. | August 26, 2004 at 9:30 a.m. |

Franklin L. Noel
United States Magistrate Judge

July 7, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Jeffrey W. Jones, Esq., Jeffrey W. Post, Esq. and Thomas S. Fraser, Esq.
Fredrikson & Byron

Michael T. Nilan, Esq., Amanda M. Cialkowski, Esq.
Matthew E. Johnson, Esq., and Scott A. Smith, Esq.
Halleland, Lewis, Nilan, Sipkins & Johnson