**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Slidell, Inc.,

Plaintiff and Counter-defendant,

v.

Millennium Inorganic Chemicals Inc.,

Defendant and Counter-claimant.

Court File No. 02-CV-213 (JRT/FLN)

**MILLENNIUM INORGANIC CHEMICALS INC.'S DEPOSITION DESIGNATIONS**

Pursuant to Local Rule 39.1(b)(2)(D) and Paragraph 1(G) of the Court's June 28, 2004, Memorandum from the Chambers of Judge John R. Tunheim re Local Rule 39.1 Concerning Pre-Trial Procedures in Civil Jury Trials, Defendant and Counterclaimant Millennium Inorganic Chemicals Inc. (hereinafter "Millennium") hereby designates the deposition testimony that may be offered into evidence in lieu of live testimony.

**Celia Baynes:**

| ITEM | PAGE : LINE | TO | PAGE : LINE |
|---|---|---|---|
| 1 | 5 : 17 | | 5 : 18 |
| 2 | 12 : 2 | | 20 : 2 |
| 3 | 20 : 10 | | 21 : 18 |
| 4 | 23 : 21 | | 25 : 3 |
| 5 | 26 : 6 | | 26 : 19 |
| 6 | 26 : 20 | | 26 : 24 |
| 7 | 27 : 4 | | 28 : 11 |
| 8 | 31 : 6 | | 32 : 24 |
| 9 | 32 : 24 | | 32 : 25 |
| 10 | 33 : 13 | | 38 : 17 |
| 11 | 40 : 22 | | 42 : 23 |
| 12 | 47 : 9 | | 48 : 21 |
| 13 | 58 : 2 | | 58 : 14 |
| 14 | 58 : 25 | | 59 : 12 |
| 15 | 59 : 19 | | 59 : 21 |
| 16 | 60 : 8 | | 60 : 21 |
| 17 | 61 : 15 | | 64 : 14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | 64 | : | 8 | 83 | : | 19 |
| 19 | 84 | : | 6 | 85 | : | 14 |
| 20 | 86 | : | 9 | 89 | : | 8 |
| 21 | 89 | : | 17 | 92 | : | 9 |
| 22 | 92 | : | 21 | 93 | : | 13 |
| 23 | 93 | : | 14 | 94 | : | 24 |
| 24 | 97 | : | 16 | 98 | : | 22 |
| 25 | 99 | : | 4 | 101 | : | 18 |
| 26 | 101 | : | 23 | 102 | : | 14 |
| 27 | 102 | : | 23 | 103 | : | 22 |
| 28 | 104 | : | 4 | 105 | : | 10 |
| 29 | 105 | : | 16 | 107 | : | 10 |
| 30 | 107 | : | 18 | 108 | : | 8 |
| 31 | 108 | : | 13 | 111 | : | 19 |
| 32 | 117 | : | 12 | 119 | : | 2 |
| 33 | 126 | : | 23 | 126 | : | 25 |
| 34 | 138 | : | 20 | 142 | : | 22 |
| 35 | 147 | : | 19 | 151 | : | 20 |
| 36 | 151 | : | 24 | 152 | : | 22 |
| 37 | 153 | : | 4 | 156 | : | 14 |
| 38 | 159 | : | 19 | 162 | : | 12 |
| 39 | 163 | : | 2 | 172 | : | 20 |
| 40 | 172 | : | 21 | 179 | : | 22 |
| 41 | 183 | : | 10 | 184 | : | 17 |
| 42 | 184 | : | 24 | 186 | : | 10 |
| 43 | 186 | : | 16 | 187 | : | 12 |
| 44 | 187 | : | 18 | 188 | : | 15 |
| 45 | 188 | : | 21 | 190 | : | 7 |
| 46 | 190 | : | 14 | 191 | : | 16 |
| 47 | 191 | : | 17 | 195 | : | 3 |
| 48 | 195 | : | 9 | 196 | : | 16 |
| 49 | 197 | : | 8 | 198 | : | 7 |
| 50 | 200 | : | 14 | 201 | : | 9 |
| 51 | 201 | : | 16 | 202 | : | 9 |
| 52 | 202 | : | 18 | 204 | : | 14 |
| 53 | 204 | : | 15 | 206 | : | 18 |
| 54 | 207 | : | 16 | 209 | : | 2 |
| 55 | 112 | : | 4 | 113 | : | 4 |
| 56 | 115 | : | 16 | 117 | : | 6 |
| 57 | 209 | : | 3 | 209 | : | 4 |

**J. Derrick Lewis:**

| ITEM | PAGE : LINE | | | TO | PAGE : LINE | | |
|---|---|---|---|---|---|---|---|
| 1 | 5 | : | 8 | | 6 | : | 6 |
| 2 | 7 | : | 1 | | 7 | : | 14 |
| 3 | 7 | : | 23 | | 8 | : | 23 |
| 4 | 9 | : | 20 | | 9 | : | 22 |
| 5 | 14 | : | 4 | | 14 | : | 6 |
| 6 | 14 | : | 18 | | 14 | : | 21 |
| 7 | 42 | : | 14 | | 45 | : | 7 |
| 8 | 52 | : | 23 | | 53 | : | 7 |
| 9 | 66 | : | 5 | | 66 | : | 19 |
| 10 | 67 | : | 6 | | 66 | : | 22 |
| 11 | 68 | : | 13 | | 70 | : | 4 |
| 12 | 70 | : | 12 | | 71 | : | 8 |
| 13 | 72 | : | 12 | | 74 | : | 2 |
| 14 | 104 | : | 12 | | 105 | : | 10 |

**Conrad Porter:**

| ITEM | PAGE : LINE | | | TO | PAGE : LINE | | |
|---|---|---|---|---|---|---|---|
| 1 | 5 | : | 9 | | 5 | : | 16 |
| 2 | 6 | : | 7 | | 8 | : | 18 |
| 3 | 9 | : | 15 | | 12 | : | 11 |
| 4 | 15 | : | 1 | | 22 | : | 15 |
| 5 | 22 | : | 20 | | 28 | : | 24 |
| 6 | 29 | : | 9 | | 31 | : | 9 |
| 7 | 34 | : | 19 | | 35 | : | 12 |
| 8 | 36 | : | 9 | | 37 | : | 16 |
| 9 | 38 | : | 13 | | 40 | : | 4 |
| 10 | 41 | : | 23 | | 42 | : | 11 |
| 11 | 42 | : | 14 | | 45 | : | 20 |
| 12 | 47 | : | 22 | | 49 | : | 14 |
| 13 | 49 | : | 17 | | 49 | : | 20 |
| 14 | 49 | : | 23 | | 50 | : | 25 |
| 15 | 53 | : | 14 | | 55 | : | 19 |
| 16 | 55 | : | 22 | | 57 | : | 1 |
| 17 | 57 | : | 4 | | 58 | : | 22 |
| 18 | 60 | : | 7 | | 61 | : | 13 |
| 19 | 61 | : | 16 | | 61 | : | 20 |
| 20 | 62 | : | 20 | | 63 | : | 17 |
| 21 | 65 | : | 3 | | 65 | : | 9 |
| 22 | 66 | : | 15 | | 67 | : | 16 |
| 23 | 67 | : | 19 | | 68 | : | 7 |
| 24 | 68 | : | 10 | | 69 | : | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | 69 | : | 19 | 70 | : | 22 |
| 26 | 70 | : | 25 | 71 | : | 1 |
| 27 | 73 | : | 18 | 74 | : | 17 |
| 28 | 75 | : | 4 | 76 | : | 9 |
| 29 | 76 | : | 22 | 77 | : | 16 |
| 30 | 78 | : | 1 | 80 | : | 8 |
| 31 | 81 | : | 1 | 81 | : | 6 |
| 32 | 81 | : | 9 | 83 | : | 21 |
| 33 | 84 | : | 19 | 85 | : | 13 |
| 34 | 85 | : | 16 | 85 | : | 21 |
| 35 | 87 | : | 24 | 90 | : | 2 |
| 36 | 91 | : | 16 | 92 | : | 7 |
| 37 | 92 | : | 23 | 94 | : | 7 |
| 38 | 94 | : | 10 | 95 | : | 2 |
| 39 | 95 | : | 9 | 97 | : | 12 |
| 40 | 97 | : | 16 | 97 | : | 22 |
| 41 | 103 | : | 17 | 107 | : | 10 |
| 42 | 111 | : | 17 | 113 | : | 5 |
| 43 | 113 | : | 20 | 115 | : | 7 |
| 44 | 115 | : | 19 | 116 | : | 14 |
| 45 | 117 | : | 6 | 117 | : | 11 |
| 46 | 118 | : | 9 | 119 | : | 15 |
| 47 | 120 | : | 5 | 121 | : | 7 |
| 48 | 121 | : | 18 | 121 | : | 22 |
| 49 | 123 | : | 2 | 123 | : | 11 |
| 50 | 123 | : | 18 | 125 | : | 3 |
| 51 | 125 | : | 10 | 127 | : | 5 |
| 52 | 127 | : | 15 | 127 | : | 24 |
| 53 | 128 | : | 1 | 128 | : | 10 |
| 54 | 128 | : | 13 | 128 | : | 15 |
| 55 | 129 | : | 19 | 131 | : | 8 |
| 56 | 131 | : | 14 | 132 | : | 18 |
| 57 | 138 | : | 4 | 138 | : | 17 |
| 58 | 141 | : | 4 | 143 | : | 2 |
| 59 | 146 | : | 13 | 149 | : | 9 |
| 60 | 149 | : | 12 | 149 | : | 18 |
| 61 | 149 | : | 20 | 150 | : | 3 |
| 62 | 150 | : | 6 | 151 | : | 17 |
| 63 | 152 | : | 16 | 153 | : | 24 |
| 64 | 154 | : | 5 | 154 | : | 22 |
| 65 | 155 | : | 11 | 161 | : | 2 |
| 66 | 161 | : | 9 | 161 | : | 13 |
| 67 | 161 | : | 17 | 161 | : | 20 |
| 68 | 161 | : | 23 | 162 | : | 1 |
| 69 | 162 | : | 13 | 164 | : | 5 |
| 70 | 164 | : | 19 | 165 | : | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | 165 | : | 23 | | 166 | : | 2 |
| 72 | 166 | : | 9 | | 167 | : | 19 |
| 73 | 167 | : | 22 | | 168 | : | 2 |
| 74 | 178 | : | 18 | | 179 | : | 17 |
| 75 | 194 | : | 18 | | 197 | : | 5 |

**Kim Szeg:**

| ITEM | PAGE | : | LINE | TO | PAGE | : | LINE |
|---|---|---|---|---|---|---|---|
| 1 | 6 | : | 3 | | 7 | : | 7 |
| 2 | 7 | : | 15 | | 9 | : | 8 |
| 3 | 9 | : | 9 | | 13 | : | 2 |
| 4 | 13 | : | 11 | | 13 | : | 14 |
| 5 | 15 | : | 21 | | 16 | : | 20 |
| 6 | 17 | : | 18 | | 18 | : | 1 |
| 7 | 23 | : | 4 | | 23 | : | 12 |
| 8 | 31 | : | 20 | | 37 | : | 1 |
| 9 | 39 | : | 11 | | 39 | : | 18 |
| 10 | 50 | : | 11 | | 50 | : | 11 |
| 11 | 59 | : | 2 | | 60 | : | 5 |
| 12 | 65 | : | 4 | | 65 | : | 4 |
| 13 | 71 | : | 9 | | 72 | : | 4 |
| 14 | 72 | : | 7 | | 76 | : | 12 |
| 15 | 81 | : | 6 | | 81 | : | 15 |
| 16 | 83 | : | 8 | | 87 | : | 9 |
| 17 | 89 | : | 1 | | 90 | : | 12 |
| 18 | 91 | : | 3 | | 91 | : | 11 |
| 19 | 91 | : | 15 | | 93 | : | 3 |
| 20 | 94 | : | 13 | | 94 | : | 17 |
| 21 | 95 | : | 17 | | 97 | : | 6 |
| 22 | 97 | : | 7 | | 99 | : | 5 |
| 23 | 102 | : | 7 | | 104 | : | 19 |
| 24 | 105 | : | 1 | | 105 | : | 8 |
| 25 | 105 | : | 14 | | 105 | : | 20 |
| 26 | 106 | : | 3 | | 107 | : | 16 |
| 27 | 115 | : | 13 | | 116 | : | 19 |
| 28 | 116 | : | 21 | | 119 | : | 21 |
| 29 | 120 | : | 10 | | 120 | : | 17 |
| 30 | 124 | : | 14 | | 125 | : | 2 |
| 31 | 127 | : | 1 | | 132 | : | 19 |
| 32 | 135 | : | 9 | | 135 | : | 17 |
| 33 | 136 | : | 20 | | 137 | : | 1 |
| 34 | 137 | : | 10 | | 137 | : | 11 |
| 35 | 138 | : | 11 | | 139 | : | 16 |

**RESERVATIONS OF RIGHTS**

1. Millennium reserves the right to offer into evidence all or part of any future trial deposition that is taken pursuant to an agreement of the parties or is permitted by the Court.

2. Millennium anticipates that certain persons on its Witness List who are non-parties and who presently reside outside of the jurisdiction and subpoena power of this Court will voluntarily appear at trial if requested by Millennium. Millennium reserves the right to offer into evidence all or part of the deposition of any such person who does not voluntarily appear at trial.

3. Millennium anticipates that certain persons on its Witness List who are employed by Slidell or are represented by Slidell's counsel will voluntarily appear at trial at the request of Slidell. Millennium reserves the right to offer into evidence all or part of the deposition of any such person who does not appear at trial and who resides outside of the jurisdiction and subpoena power of this Court.

4. Millennium reserves the right to designate additional deposition testimony, pursuant to Fed. R. Civ. P. 32(a)(4), in response to any deposition designations identified by Slidell and to make counter-designations.

5. Millennium reserves the right to designate additional deposition testimony to the extent that additional matters are revealed between today's date and the date of trial.

Dated: December 1, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: ______________________________________

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-Claimant
Millennium Inorganic Chemicals Inc.