UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S AMENDED WITNESS LIST**

---

Plaintiff Slidell, Inc., ("Slidell") may call the following witnesses or use their deposition transcripts at the trial of this matter. Slidell reserves the right to call the witnesses identified on Defendant Millennium Inorganic Chemicals Inc.'s ("Millennium") Witness List and to call witnesses necessary to rebut evidence or testimony offered by Millennium.

| Witness | Substance of Testimony |
|---|---|
| Jim McGregor<br>Slidell, Inc.<br>2355 Lemond Road<br>Owatonna, MN 55060 | Mr. McGregor will testify regarding Slidell, the contract between Slidell and Millennium, the relationship that developed between the companies, the trade secrets developed by Slidell, Defendant's breaches, European support, installation and commissioning, the titanium dioxide industry, and damages. |
| Celia Baynes<br>6210 Hay Canyon Road<br>Cashmere, WA 98815 | Ms. Baynes will testify regarding Slidell, her employment with Slidell, the issues associated with administering the contract, and the relationship between Slidell and Defendant. |
| Aaron Skogen<br>Erickson Consulting<br>11900 Wayzata Boulevard<br>Suite 209<br>Minnetonka, MN 55305 | Aaron Skogen will testify regarding Slidell, the contract between Slidell and Defendant, the relationship that developed between the companies, the trade secrets developed by Slidell, Defendant's breaches, European support, installation and commissioning, the issues associated with administering the contract, and damages. |

| Witness | Substance of Testimony |
|---|---|
| Phil Williams<br>Slidell, Inc.<br>2355 Lemond Road<br>Owatonna, MN 55060 | Mr. Williams will testify regarding Slidell, the contract between Slidell and Defendant, the relationship that developed between the companies, the trade secrets developed by Slidell, Defendant's breaches, European support, installation and commissioning, issues associated with the supervisory system, and damages. |
| Art Cobb<br>Cobb & Associates, Ltd.<br>4010 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Mr. Cobb will testify regarding Slidell's damages. |
| Patti Anderson<br>Millennium Inorganic Chemicals, Inc. | Ms. Anderson's testimony can be found in her deposition transcript. |
| Paul Berwanger<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Berwanger's testimony can be found in his deposition transcript. |
| Michael Brewer<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Brewer's testimony can be found in his deposition transcript. |
| Robert Daniels<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Daniels' testimony can be found in his deposition transcript. |
| Antoine Dissaux<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Dissaux's testimony can be found in his deposition transcript |
| Timothy Dowdle<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Dowdle's testimony can be found in his deposition transcript. |
| John Glowe<br>1455 Danner Drive<br>Aurora OH 44202 | Mr. Glowe's testimony can be found in his deposition transcript. |
| Brian Hamper<br>8147 Tollbridge Court<br>West Chester, Ohio | Mr. Hamper's testimony can be found in his deposition transcript. |

| Witness | Substance of Testimony |
| --- | --- |
| David Hughes<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Hughes' testimony can be found in his deposition transcript. |
| Alfred Maroun<br>Northeast Specialty<br>92 Bolt Street<br>Lowell, MA 01852 | Mr. Maroun may testify regarding Slidell's second stage top-off, the general quality of Slidell equipment, and the attempt by Millennium to solicit negative testimony from him. |
| Brian Polaski<br>1455 Danner Drive<br>Aurora OH 44202 | Mr. Polaski's testimony can be found in his deposition transcript. |
| Mark Ramsay<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Ramsay's testimony can be found in his deposition transcript. |
| Ronald Root<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Root's testimony can be found in his deposition transcript. |
| Nick Sands<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Sands' testimony can be found in his deposition transcript. |
| Kim Szeg<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Szeg's testimony can be found in his deposition transcript. |
| Mike Tull<br>Slidell, Inc.<br>2355 Lemond Road<br>Owatonna, MN 55060 | Mr. Tull may testify regarding design of the supervisory system. |
| William Vogtmann<br>Millennium Inorganic Chemicals, Inc.<br>Hunt Valley, Maryland | Mr. Vogmann's testimony can be found in his deposition transcript. |

Dated: December 1, 2004

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#311418)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

**ATTORNEYS FOR PLAINTIFF SLIDELL, INC.**

#3049065\1