UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on December 6, 2004 , I caused the following document:

SLIDELL, INC.'S TRIAL EXHIBIT LIST

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

None

Dated: December 6, 2004

s/Jeffrey Post
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3049008\1