UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S MOTION IN LIMINE REGARDING MILLENNIUM'S ABILITY TO COVER AND THE INJUNCTION**

**(ORAL ARGUMENT REQUESTED)**

---

Plaintiff Slidell, Inc. ("Slidell") moves this Court, for the reasons explained in the accompanying memorandum, for an Order granting Slidell's Motion in Limine Regarding Ability to Cover and the Injunction.

Dated: December 7, 2004

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3049186\1