UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

---

I hereby certify that on December 7, 2004, I caused the following documents:

1. Notice of Hearing on Slidell's Motion *in Limine* to Exclude Testimony Contradicting the Express Contract Terms;

2. Slidell's Motion *in Limine* to Exclude Testimony Contradicting the Express Contract Terms;

3. Notification of Conventional Filing of Slidell's Memorandum in Support of Motion *in Limine* to Exclude Testimony Contradicting the Express Contract Terms; and

4. Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Motion *in Limine* to Exclude Testimony Contradicting Express Contract Terms

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

None

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable John R. Tunheim at tunheim_chambers@mnd.uscourts.gov

and I certify that I caused the proposed Order to be e-mailed or mailed, as noted below, to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

Dated: December 7, 2004

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3049149\1