UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DEFENDANT'S EXPERT REZA NIKAIN**

**(ORAL ARGUMENT REQUESTED)**

---

Plaintiff Slidell, Inc. ("Slidell") moves this Court, for the reasons explained in the accompanying memorandum, for an Order Excluding the Testimony of Defendant's Expert Reza Nikain.

Dated: December 7, 2004

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3049494\1