**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counterclaimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**MILLENNIUM INORGANIC CHEMICALS INC.'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF SLIDELL'S EXPERT WITNESS, ARTHUR H. COBB** |

Pursuant to the Federal Rules of Civil Procedure and this Court's Pretrial Order, Millennium moves to exclude the testimony of Slidell's expert witness, Arthur H. Cobb. Specifically, Millennium moves that the Court prohibit Mr. Cobb from giving testimony concerning Slidell's damages on each of its claims and from giving testimony concerning engineering and project management issues.

This motion is based upon the accompanying memorandum of law, the Affidavit of Matthew E. Johnson and its accompanying exhibits, and all the files and proceedings herein.

Dated: December 7, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Matthew E. Johnson

| | |
|---|---|
| Michael T. Nilan | Reg. No. 79224 |
| Scott A. Smith | Reg. No. 174026 |
| Matthew E. Johnson | Reg. No. 235945 |
| Amanda M. Cialkowski | Reg. No. 306514 |

600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-claimant
Millennium Inorganic Chemicals Inc.