**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Slidell, Inc.,

Plaintiff and Counterdefendant,

v.

Millennium Inorganic Chemicals Inc.,

Defendant and Counterclaimant.

Court File No. 02-CV-213 (JRT/FLN)

**MILLENNIUM INORGANIC CHEMICALS INC.'S MOTION TO EXCLUDE CERTAIN WIRE COLOR-RELATED EVIDENCE**

Pursuant to the Federal Rules of Civil Procedure and this Court's Pretrial Order, Millennium moves to exclude reference to certain wire color-related evidence. Specifically, Millennium moves that the Court (1) prohibit Slidell from offering any evidence or argument at trial relative to the wire color issue based upon events occurring prior to the execution of Change Order No. 4, including but not limited to claims for breach of contract premised in whole or in part upon the wire color issue and any damages resulting therefrom; and (2) preclude Slidell from offering parol evidence which would in any matter vary or modify the terms of Change Order Nos. 3 and 4.

This motion is based upon the accompanying Memorandum of Law, the Affidavit of Scott A. Smith, along with accompanying documents, and upon all the files and proceedings herein.

Dated: December 7, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Amanda M. Cialkowski
Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
Suite 600 U.S. Bank Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-Claimant
Millennium Inorganic Chemicals Inc.