**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Slidell, Inc.,

Plaintiff and Counterdefendant,

v.

Millennium Inorganic Chemicals Inc.,

Defendant and Counterclaimant.

Court File No. 02-CV-213 (JRT/FLN)

**MILLENNIUM INORGANIC CHEMICALS INC.'S MOTION TO EXCLUDE EVIDENCE OF STOCK BUY-BACK PLAN**

Pursuant to the Federal Rules of Civil Procedure and this Court's Pretrial Order, Millennium moves to exclude evidence Millennium's stock buy-back program.

This motion is based upon the accompanying Memorandum of Law, the Affidavit of Scott A. Smith, along with accompanying documents, and upon all the files and proceedings herein.

Dated: December 7, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Amanda M. Cialkowski
Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
U.S. Bank Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-Claimant
Millennium Inorganic Chemicals Inc.