**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counterclaimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**MILLENNIUM INORGANIC CHEMICALS INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF HUMOROUS COMMENTS CONCERNING SLIDELL, INC.** |

Pursuant to the Federal Rules of Civil Procedure and this Court's Pretrial Order, Millennium moves to exclude Exhibit P212, any testimony discussing or referring to Exhibit P212, and any other evidence of humorous comments by Millennium employees concerning Slidell, Inc.

This motion is based upon the accompanying memorandum of law, the Affidavit of Matthew E. Johnson and its accompanying exhibits, and all the files and proceedings herein.

Dated: December 7, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Matthew E. Johnson

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-claimant
Millennium Inorganic Chemicals Inc.