**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counterclaimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**NOTIFICATION OF CONVENTIONAL FILING OF THE AFFIDAVIT OF MATTHEW. E. JOHNSON FILED IN SUPPORT OF MILLENNIUM INORGANIC CHEMICALS, INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF HUMOROUS COMMENTS CONCERNING SLIDELL, INC.** |

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

*1. AFFIDAVIT OF MATTHEW E. JOHNSON FILED IN SUPPORT OF MILLENNIUM INORGANIC CHEMICALS, INC.'S MOTION TO EXCLUDE EVIDENCE OF HUMOROUS COMMENTS CONCERNING SLIDELL, INC.*

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

_____ Voluminous Document* (Document number of order granting leave to file conventionally: _____)

_____ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

_____ Physical Object (description):

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal* (Document number of protective order: 32 dated 11-15-02)

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: _____)

_____ Other (description):

*Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder for the documents filed conventionally. A copy of t his Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

DN: 239272