*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on December 7, 2004, I caused the following documents:

1. Millennium Inorganic Chemical's Inc.'s Motion to Exclude Evidence Related to Slidell's Trade Secret Claim;
2. Notification of Conventional Filing of Millennium Inorganic Chemical's Inc.'s Memorandum of Law in Support of Its Motion to Exclude Evidence Related to Slidell's Trade Secret Claim;
3. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemical's Inc.'s Motion to Exclude Evidence Related to Slidell's Trade Secret Claim;
4. Millennium Inorganic Chemical's Inc.'s Motion in Limine to Exclude the Testimony of Slidell's Expert Witness, Arthur H. Cobb;
5. Notification of Conventional Filing of Millennium Inorganic Chemicals, Inc.'s Memorandum of Law in Support of Its Motion to Exclude the Testimony of Slidell's Expert Witness, Arthur H. Cobb;
6. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemicals, Inc.'s Motion to Exclude the Testimony of Slidell's Expert Witness, Arthur H. Cobb;
7. Notification of Conventional Filing of the Affidavit of Philip S. Williams Filed in Support of Millennium Inorganic Chemicals, Inc.'s Motion to Exclude the Testimony of Slidell's Expert Witness, Arthur H. Cobb;
8. Millennium Inorganic Chemical's Inc.'s Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages;
9. Notification of Conventional Filing of Millennium Inorganic Chemical's Inc.'s Memorandum of Law in Support of Its Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages;
10. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemical's Inc.'s Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages;
11. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance;
12. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance;

13. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemicals Inc.'s Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance;
14. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Certain Wire Color-Related Evidence;
15. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion to Exclude Certain Wire Color-Related Evidence;
16. Notification of Conventional Filing of the Affidavit of Scott A. Smith Filed in Support of Millennium Inorganic Chemicals Inc.'s Motion to Exclude Certain Wire Color-Related Evidence;
17. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption;
18. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption;
19. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemicals Inc.'s Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption;
20. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Evidence of Stock Buy-Back Plan;
21. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion to Exclude Evidence of Stock Buy-Back Plan;
22. Notification of Conventional Filing of the Affidavit of Scott A. Smith Filed in Support of Millennium Inorganic Chemicals Inc.'s Motion to Exclude Evidence of Stock Buy-Back Plan;
23. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy;
24. Notification of Conventional Filing Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy;
25. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemicals Inc.'s Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy;
26. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Reference to Millennium as an Out-of-State Corporation;
27. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion to Exclude Reference to Millennium as an Out-of-State Corporation;
28. Millennium Inorganic Chemicals Inc.'s Motion to Exclude Speculation Regarding Ramsay's Termination or Personnel File;
29. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion to Exclude Speculation Regarding Ramsay's Termination or Personnel File;

30. Millennium Inorganic Chemicals Inc.'s Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.;
31. Notification of Conventional Filing of Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Support of Its Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.;
32. Notification of Conventional Filing of the Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemicals Inc.'s Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda M. Cialkowski (acialkowski@halleland.com)
Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Scott A. Smith (ssmith@halleland.com)

Dated: December 7, 2004

s/ Matthew E. Johnson
Matthew E. Johnson