UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Court File No. 02-CV-213 (JRT/FLN)

Plaintiff,

v.

**AFFIDAVIT OF PERSONAL SERVICE**

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

Meg C. Duhr-Schultz, being duly sworn on oath, deposes and states that on the 7TH day of December, 2004, he/she served the attached:

Slidell's Memorandum in Support of *Motion in Limine* to Exclude Evidence Regarding Damages Excluded by the Contract; and

Affidavit of Jeffrey W. Post in Support of Slidell's *Motion in Limine* to Exclude Evidence Regarding Damages Excluded by the Contract.

upon Matthew E. Johnson and Scott A. Smith personally at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

in the County of Hennepin, State of Minnesota, by handing to and leaving true and correct copies thereof with:

David Miller
(Name of Person Served)

s/ Meg Duhr-Schultz

Subscribed and sworn to before me
this 7th day of December, 2004

s/ Darlene K. Dehmer
Notary Public

#3051439\1