UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S AMENDED DEPOSITION DESIGNATIONS**

Slidell, Inc. (Slidell) designates the following deposition portions for use at trial. Slidell reserves the right to use any portions designated by Millennium Inorganic Chemicals, Inc.

| Deposition | Page Range | Objection | Counter-Designations |
|---|---|---|---|
| Anderson, P | 4:16 - 4:21 | | |
| Anderson, P | 52:21 – 54:08 | | |
| Anderson, P | 77:21 - 78:02 | | |
| Anderson, P | 78:14 - 80:14 | | |
| Anderson, P | 96:13 - 96:15 | | |
| Anderson, P | 103:2 - 103:18 | | |
| Anderson, P | 105:01 - 105:04 | | |
| Anderson, P | 106:03-107:04 | | |
| Anderson, P | 125:14 - 127:06 | | |
| Anderson, P | 132:05 – 132:12 | | |
| | | | |
| Berwanger | 3:13 - 3:14 | | |
| Berwanger | 90:17 - 91:21 | | |
| Berwanger | 106:23 - 107:15 | | |
| Berwanger | 108:02 - 110:16 | | |
| Berwanger | 128:06 - 128:08 | | |
| Berwanger | 131:05 - 131:22 | | |
| Berwanger | 143:15 - 143:22 | | |
| Berwanger | 144:03 - 144:22 | | |
| Berwanger | 145:17 - 146:18 | | |
| Berwanger | 165:09 - 165:21 | | |
| Berwanger | 169:03 - 169:17 | | |

| | | | |
|---|---|---|---|
| Berwanger | 198:25 - 201:11 | | |
| Berwanger | 208:09 - 208:10 | | |
| Berwanger | 209:08 - 210:07 | | |
| Berwanger | 211:03 - 211:07 | | |
| Berwanger | 222:18 - 222:23 | | |
| Berwanger | 225:13 - 226:12 | | |
| Berwanger | 228:22 - 229:05 | | |
| Berwanger | 231:12 - 231:14 | | |
| Berwanger | 234:03 - 234:25 | | |
| | | | |
| | | | |
| Brewer | 5:12 - 5:15 | | |
| Brewer | 7:13 - 8:08 | | |
| Brewer | 48:14 - 48:20 | | |
| Brewer | 57:05 - 58:21 | | |
| Brewer | 68:19 - 73:05 | | |
| Brewer | 73:09 - 75:05 | | |
| Brewer | 75:17 - 76:16 | | |
| Brewer | 81:11 - 81:18 | | |
| Brewer | 88:21 - 89:14 | | |
| Brewer | 90:21 - 90:04 | | |
| Brewer | 92:03 - 92:16 | | |
| Brewer | 102:02 - 102:04 | | |
| Brewer | 107:03 - 107:15 | | |
| Brewer | 141:03 - 141:07 | | |
| Brewer | 146:11 - 148:10 | | |
| Brewer | 194:11 – 194:15 | | |
| Brewer | 195:14 - 196:15 | | |
| Brewer | 202:03 - 202:04 | | |
| Brewer | 202:05 - 203:17 | | |
| Brewer | 224:15 - 224:18 | | |
| Brewer | 225:21 - 226:09 | | |
| Brewer | 229:06 - 229:10 | | |
| Brewer | 229:18 - 230:14 | | |
| Brewer | 241:14 - 241:15 | | |
| Brewer | 241:17 - 243:04 | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| Daniels | 4:12 - 4:14 | | |
| Daniels | 63:18 - 63:19 | | |
| Daniels | 67:11 - 69:02 | | |
| Daniels | 82:03 - 82:04 | | |
| Daniels | 83:19 - 84:05 | | |
| Daniels | 86:17 - 86:18 | | |
| Daniels | 89:01 - 90:20 | | |
| Daniels | 90:21 - 91:01 | | |
| Daniels | 93:09 - 94:16 | | |
| Daniels | 99:01 - 99:02 | | |
| Daniels | 100:04 - 100:11 | | |
| Daniels | 101:03 - 101:12 | | |
| Daniels | 104:04 - 104:05 | | |
| Daniels | 104:17 - 105:10 | | |
| Daniels | 125:19 - 125:21 | | |
| Daniels | 127:03 - 128:12 | | |
| | | | |
| | | | |
| Dissaux | 4:12 - 4:15 | | |
| Dissaux | 7:12 - 7:15 | | |
| Dissaux | 8:07 - 8:09 | | |
| Dissaux | 41:11 - 41:17 | | |
| Dissaux | 41:18 - 45:21 | | |
| Dissaux | 56:15 - 56:20 | | |
| Dissaux | 57:17 - 59:10 | | |
| Dissaux | 69:13 - 69:17 | | |
| Dissaux | 70:02 - 70:09 | | |
| Dissaux | 74:21 - 75:09 | | |
| Dissaux | 75:10 - 75:19 | | |
| Dissaux | 75:20 - 76:05 | | |
| Dissaux | 76:06 - 77:11 | | |
| | | | |
| | | | |
| Dowdle | 4:12 - 4:17 | | |
| Dowdle | 7:10 - 7:12 | | |
| Dowdle | 52:07 – 52:12 | | |
| Dowdle | 52:19 – 52:21 | | |

| | | | |
|---|---|---|---|
| Dowdle | 115:07 - 115:08 | | |
| Dowdle | 115:11 - 116:19 | | |
| Dowdle | 117:06 - 117:17 | | |
| Dowdle | 122:02 - 122:05 | | |
| Dowdle | 122:10 - 123:11 | | |
| Dowdle | 134:04 - 134:05 | | |
| Dowdle | 135:08 - 136:08 | | |
| Dowdle | 139:04 - 140:03 | | |
| Dowdle | 142:11 - 143:07 | | |
| | | | |
| | | | |
| Glowe | 4:21 - 4:23 | | |
| Glowe | 67:01 - 67:22 | | |
| Glowe | 69:18 - 69:21 | | |
| Glowe | 78:07 - 79:13 | | |
| | | | |
| | | | |
| Hamper | 5:08 - 5:10 | | |
| Hamper | 31:25 - 32:08 | | |
| Hamper | 65:19 - 66:19 | | |
| Hamper | 71:08 - 74:11 | | |
| Hamper | 99:21 - 100:16 | | |
| Hamper | 101:12 - 101:14 | | |
| Hamper | 130:03 - 131:11 | | |
| Hamper | 178:21 - 179:06 | | |
| Hamper | 180:01 - 181:03 | | |
| | | | |
| | | | |
| Hughes | 3:12 - 3:16 | | |
| Hughes | 84:18 - 86:01 | | |
| Hughes | 90:01 - 90:02 | | |
| Hughes | 96:02 - 97:02 | | |
| Hughes | 141:19 - 142:18 | | |
| Hughes | 146:03 - 146:07 | | |
| Hughes | 146:17 - 147:16 | | |
| Hughes | 150:03 - 150:13 | | |
| Hughes | 152:12 - 153:02 | | |
| Hughes | 156:18 - 158:03 | | |

| | | | |
|---|---|---|---|
| Hughes | 164:07 - 164:19 | | |
| Hughes | 172:07 - 172:18 | | |
| Hughes | 189:03 - 189:06 | | |
| Hughes | 190:13 - 191:09 | | |
| Hughes | 211:09 - 211:21 | | |
| Hughes | 215:06 - 216:04 | | |
| Hughes | 220:14 - 220:18 | | |
| Hughes | 221:14 - 225:06 | | |
| Hughes | 231:01 - 231:02 | | |
| Hughes | 233:21 - 234:21 | | |
| Hughes | 236:09 - 236:18 | | |
| Hughes | 237:04 - 238:08 | | |
| Hughes | 265:18 - 266:10 | | |
| Hughes | 267:06 - 267:11 | | |
| Hughes | 275:01 - 275:18 | | |
| Hughes | 275:21 - 276:02 | | |
| Hughes | 277:17 - 278:10 | | |
| Hughes | 279:02 - 280:17 | | |
| Hughes | 281:13 - 282:04 | | |
| Hughes | 316:15 - 316:18 | | |
| Hughes | 317:09 - 318:05 | | |
| | | | |
| | | | |
| Polaski | 4:12 - 4:14 | | |
| Polaski | 4:23 - 5:03 | | |
| Polaski | 16:03 - 16:07 | | |
| Polaski | 18:17 - 19:01 | | |
| Polaski | 45:10 - 45:19 | | |
| Polaski | 59:13 - 60:05 | | |
| Polaski | 63:18 - 63:23 | | |
| Polaski | 70:10 - 70:17 | | |
| Polaski | 71:25 - 72:18 | | |
| Polaski | 73:07 - 75:15 | | |
| Polaski | 80:1 - 81:06 | | |
| Polaski | 84:25 - 85:03 | | |
| Polaski | 87:04 - 87:20 | | |
| Polaski | 88:18 - 90:04 | | |
| Polaski | 100:18 - 100:20 | | |

| | | | |
|---|---|---|---|
| Polaski | 104:18 - 105:25 | | |
| Polaski | 107:21 - 108:05 | | |
| Polaski | 109:01 - 109:08 | | |
| Polaski | 109:14 - 111:05 | | |
| Polaski | 119:17 - 119:19 | | |
| Polaski | 119:21 - 120:10 | | |
| Polaski | 136:19 - 137:17 | | |
| Polaski | 138:03 - 138:05 | | |
| Polaski | 150:09 - 152:05 | | |
| Polaski | 168:14 - 168:16 | | |
| Polaski | 169:22 - 170:13 | | |
| Polaski | 171:22 - 171:25 | | |
| Polaski | 172:02 - 172:15 | | |
| Polaski | 174:01 - 174:03 | | |
| Polaski | 175:08 - 175:18 | | |
| Polaski | 179:01 - 179:21 | | |
| Polaski | 181:19 - 181:21 | | |
| Polaski | 192:05 - 193:24 | | |
| Polaski | 196:10 - 200:06 | | |
| Polaski | 201:16 - 202:14 | | |
| Polaski | 204:23 - 204:25 | | |
| Polaski | 205:07 - 205:20 | | |
| Polaski | 207:17 - 208:10 | | |
| Polaski | 211:08 - 211:10 | | |
| Polaski | 217:13 - 218:10 | | |
| Polaski | 227:20 - 229:13 | | |
| Polaski | 240:06 - 240:08 | | |
| Polaski | 243:23 - 245:05 | | |
| Polaski | 264:21 - 265:13 | | |
| | | | |
| | | | |
| Ramsay | 5:23 - 5:24 | | |
| Ramsay | 7:15 - 7:21 | | |
| Ramsay | 48:06 – 48:17 | | |
| Ramsay | 65:07 - 65:14 | | |
| Ramsay | 83:12 - 84:05 | | |
| Ramsay | 97:18 - 98:12 | | |
| Ramsay | 104:06 - 104:09 | | |

| | | | |
|---|---|---|---|
| Ramsay | 106:08 - 106:13 | | |
| Ramsay | 106:14 - 107:10 | | |
| Ramsay | 108:08 - 109:07 | | |
| Ramsay | 111:25 - 112:21 | | |
| Ramsay | 126:10 - 128:09 | | |
| Ramsay | 129:10 - 130:01 | | |
| Ramsay | 153:05 - 153:09 | | |
| Ramsay | 153:10 - 156:21 | | |
| Ramsay | 158:25 - 160:07 | | |
| Ramsay | 160:11 - 160:15 | | |
| Ramsay | 160:16 - 163:11 | | |
| Ramsay | 169:17 - 169:24 | | |
| Ramsay | 170:14 - 171:07 | | |
| Ramsay | 174:21 - 174:24 | | |
| Ramsay | 175:11 - 175:23 | | |
| Ramsay | 176:22 - 177:12 | | |
| Ramsay | 187:12 - 187:17 | | |
| Ramsay | 188:17 - 189:11 | | |
| Ramsay | 193:14 - 194:03 | | |
| Ramsay | 195:2 - 195:15 | | |
| Ramsay | 201:23 - 202:07 | | |
| Ramsay | 202:08 - 202:22 | | |
| Ramsay | 206:16 - 207:18 | | |
| Ramsay | 213:03 - 214:12 | | |
| Ramsay | 214:13 - 214:20 | | |
| Ramsay | 214:21 - 215:09 | | |
| Ramsay | 215:23 - 216:03 | | |
| Ramsay | 216:15 - 217:09 | | |
| Ramsay | 217:21 - 218:09 | | |
| Ramsay | 219:4 - 219:24 | | |
| Ramsay | 221:7 - 222:13 | | |
| Ramsay | 224:09 - 225:10 | | |
| Ramsay | 225:21 - 227:05 | | |
| Ramsay | 230:21 - 231:01 | | |
| Ramsay | 233:03 - 227:21 | | |
| Ramsay | 235:19 - 235:21 | | |
| Ramsay | 236:18 - 237:01 | | |
| Ramsay | 238:07 - 238:18 | | |

| | | | |
|---|---|---|---|
| Ramsay | 240:02 - 240:19 | | |
| Ramsay | 243:01 - 245:08 | | |
| Ramsay | 248:19 - 248:22 | | |
| Ramsay | 249:07 - 250:08 | | |
| Ramsay | 250:09 - 250:10 | | |
| Ramsay | 250:17 - 251:08 | | |
| Ramsay | 256:01 - 256:14 | | |
| Ramsay | 267:17 - 267:22 | | |
| Ramsay | 268:07 - 269:04 | | |
| Ramsay | 270:05 - 271:04 | | |
| Ramsay | 272:03 - 272:11 | | |
| Ramsay | 274:15 - 274:24 | | |
| Ramsay | 279:09 - 279:13 | | |
| Ramsay | 280:23 - 281:04 | | |
| Ramsay | 281:17 - 282:19 | | |
| Ramsay | 283:16 - 283:19 | | |
| Ramsay | 283:20 - 284:05 | | |
| Ramsay | 292:21 - 292:24 | | |
| Ramsay | 292:25 - 293:17 | | |
| Ramsay | 297:07 - 298:20 | | |
| Ramsay | 299:06 - 302:07 | | |
| Ramsay | 305:22 - 305:24 | | |
| Ramsay | 309:05 - 309:24 | | |
| Ramsay | 310:14 - 316:14 | | |
| Ramsay | 334:03 - 334:06 | | |
| Ramsay | 336:14 - 336:19 | | |
| Ramsay | 337:05 - 338:12 | | |
| Ramsay | 349:23 - 351:16 | | |
| Ramsay | 352:08 - 352:10 | | |
| Ramsay | 353:01 - 353:07 | | |
| Ramsay | 354:20 - 354:22 | | |
| Ramsay | 355:02 - 355:23 | | |
| Ramsay | 361:23 - 362:16 | | |
| Ramsay | 364:21 - 365:02 | | |
| | | | |
| | | | |
| Root | 6:12 - 6:14 | | |
| Root | 102:03 – 102:12 | | |

| | | | |
|---|---|---|---|
| Root | 120:10 - 120:17 | | |
| Root | 129:13 – 130:04 | | |
| Root | 131:01 – 131:10 | | |
| Root | 146:19 - 147:21 | | |
| Root | 205:21- 206:02 | | |
| Root | 207:11 - 208:04 | | |
| Root | 223:09 - 223:10 | | |
| Root | 223:14 - 225:02 | | |
| Root | 236:17 - 238:09 | | |
| Root | 240:12 - 240:15 | | |
| Root | 241:15 - 242:12 | | |
| Root | 279:09 - 279:10 | | |
| Root | 280:03 - 281:01 | | |
| Root | 303:06 - 303:18 | | |
| | | | |
| | | | |
| | | | |
| Sands | 5:12 - 5:15 | | |
| Sands | 51:11 - 51:18 | | |
| Sands | 52:09 - 52:15 | | |
| Sands | 53:05 - 53:10 | | |
| | | | |
| | | | |
| Szeg | 4:13 - 4:18 | | |
| Szeg | 42:17 - 43:14 | | |
| Szeg | 65:04 - 65:04 | | |
| Szeg | 67:18 - 68:11 | | |
| Szeg | 76:15 - 76:16 | | |
| Szeg | 77:02 - 78:13 | | |
| Szeg | 93:19 - 94:12 | | |
| Szeg | 102:07 - 102:07 | | |
| Szeg | 102:14 - 104:10 | | |
| | | | |
| | | | |
| | | | |
| Vogtmann | 3:09 - 3:10 | | |
| Vogtmann | 52:10 – 52:15 | | |
| Vogtmann | 54:20 - 56:18 | | |

| | | | |
|---|---|---|---|
| Vogtmann | 64:09 - 64:24 | | |
| Vogtmann | 70:15 - 72:02 | | |
| Vogtmann | 73:13 - 73:17 | | |
| Vogtmann | 77:24 - 80:25 | | |
| Vogtmann | 82:08 - 83:12 | | |
| Vogtmann | 90:08 - 91:16 | | |
| Vogtmann | 93:15 - 94:11 | | |
| Vogtmann | 101:03 - 107:17 | | |
| Vogtmann | 109:02 - 110:07 | | |
| Vogtmann | 112:01 - 112:09 | | |
| Vogtmann | 112:25 - 114:23 | | |
| Vogtmann | 116:01 - 117:03 | | |
| Vogtmann | 137:04 - 137:12 | | |
| Vogtmann | 139:04 - 140:11 | | |
| Vogtmann | 143:15 - 144:14 | | |
| Vogtmann | 195:04 - 196:04 | | |
| Vogtmann | 207:06 – 207:12 | | |
| Vogtmann | 207:24 - 208:13 | | |
| Vogtmann | 213:16 - 213:22 | | |

Dated: December 17, 2004

s/ Jeffrey W. Post
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3048911\2