UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL, INC.'S OBJECTIONS AND COUNTER-DESIGNATIONS TO MILLENNIUM INORGANIC CHEMICALS, INC.'S DEPOSITION DESIGNATIONS**

Slidell reserves the right to supplement its objections and counter-designations if Millennium provides additional designations. Slidell offers the following objections and counter-designations in response to Millennium's current designations.

| **Deposition** | **Page Range** | **Objection** | **Counter-Designations** |
|---|---|---|---|
| | | | |
| Baynes, Celia | 5:17 – 5:18 | | |
| Baynes, Celia | 12:2 – 20:2 | | 20:3-9 |
| Baynes, Celia | 20:10 – 21:18 | | 21:19 – 23:2 |
| Baynes, Celia | 23:21 – 25:3 | | 25:7-14; 25:21-5 |
| Baynes, Celia | 26:6 – 26:19 | | |
| Baynes, Celia | 26:20 – 26:24 | | |
| Baynes, Celia | 27:4 – 28:11 | | 28:12 – 30:8 |
| Baynes, Celia | 31:6 – 32:24 | | |
| Baynes, Celia | 32:24 – 32:25 | | |
| Baynes, Celia | 33:13 – 38:17 | | |
| Baynes, Celia | 40:22 – 42:23 | | 42:24 – 43:4; 44:7 – 45:3; 46:17 – 47:7 |
| Baynes, Celia | 47:9 – 48:21 | | 49:23 – 50:11; 51:12 – 53:23; 56:9 – 57:16 |
| Baynes, Celia | 58:2 – 58:14 | | |
| Baynes, Celia | 58:25 – 59:12 | | |
| Baynes, Celia | 59:19 – 59:21 | | |
| Baynes, Celia | 60:8 – 60:21 | | |
| Baynes, Celia | 61:15 – 64:14 | | |
| Baynes, Celia | 64:8 – 83:19 | Argumentative, foundation, assumes facts not in evidence, asked and answered | |

| Deposition | Page Range | Objection | Counter-Designations |
|---|---|---|---|
| Baynes, Celia | 84:6 – 85:14 | Foundation, form, misstates the record | |
| Baynes, Celia | 86:9 – 89:8 | | |
| Baynes, Celia | 89:17 – 92:9 | Form, argumentative | |
| Baynes, Celia | 92:21 – 93:13 | | |
| Baynes, Celia | 93:14 – 94:24 | | 93:1-13; 95:14 – 96:24; 97:5-9 |
| Baynes, Celia | 97:16 – 98:22 | Foundation | |
| Baynes, Celia | 99:4 – 101:18 | | |
| Baynes, Celia | 101:23 – 102:14 | | |
| Baynes, Celia | 102:23 – 103:22 | | |
| Baynes, Celia | 104:4 – 105:10 | Foundation | |
| Baynes, Celia | 105:16 – 107:10 | | |
| Baynes, Celia | 107:18 – 108:8 | Hearsay, relevance | |
| Baynes, Celia | 108:13 – 111:19 | | 112:22 – 113:14 |
| Baynes, Celia | 117:12 – 119:2 | | 119:17 – 121:19; 124:6-13; 124:25 – 125:22 |
| Baynes, Celia | 126:23 – 126:25 | Form, incomplete | 126:15-20; 129:9 – 130:12; 131:16 – 24 |
| Baynes, Celia | 138:20 – 142:22 | | 137:15 – 138:19; 143:14 – 144:3 |
| Baynes, Celia | 147:19 – 151:20 | Form, foundation | 144:8-24 |
| Baynes, Celia | 151:24 – 152:22 | Form, foundation | |
| Baynes, Celia | 153:4 – 156:14 | Asked and answered, incomplete | |
| Baynes, Celia | 159:19 – 162:12 | Legal conclusion, form | |
| Baynes, Celia | 163:2 – 172:20 | Foundation, legal conclusion, form, relevance | |
| Baynes, Celia | 172:21 – 179:22 | Foundation, assumes facts not in evidence, form | 180:15-123 |
| Baynes, Celia | 183:10 – 184:17 | Foundation | |
| Baynes, Celia | 184:24 – 186:10 | Speculation, foundation, assumes facts not in evidence | |
| Baynes, Celia | 186:16 – 187:12 | | |
| Baynes, Celia | 187:18 – 188:15 | Form | |
| Baynes, Celia | 188:21 – 190:7 | Speculation | |
| Baynes, Celia | 190:14 – 191:16 | Speculation | |
| Baynes, Celia | 191:17 – 195:3 | Foundation, speculation | |
| Baynes, Celia | 195:9 – 196:16 | Speculation | |

| Deposition | Page Range | Objection | Counter-Designations |
|---|---|---|---|
| Baynes, Celia | 197:8 – 198:7 | | |
| Baynes, Celia | 200:14 – 201:9 | Form | |
| Baynes, Celia | 201:16 – 202:9 | | |
| Baynes, Celia | 202:18 – 204:14 | Form | |
| Baynes, Celia | 204:15 – 206:18 | | 206:19 – 207:15 |
| Baynes, Celia | 207:16 – 209:2 | | |
| Baynes, Celia | 112:4 – 113:4 | | |
| Baynes, Celia | 115:16 – 117:6 | Legal conclusion | |
| Baynes, Celia | 209:3 – 209:4 | | |
| | | | |
| Lewis, J. Derrick | 5:8 – 6:6 | | |
| Lewis, J. Derrick | 7:1 – 7:14 | | |
| Lewis, J. Derrick | 7:23 – 8:23 | | |
| Lewis, J. Derrick | 9:20 – 9:22 | | 9:14-22 |
| Lewis, J. Derrick | 14:4 – 14:6 | | |
| Lewis, J. Derrick | 14:18 – 14:21 | | 15:24 – 16:4 |
| Lewis, J. Derrick | 42:14 – 45:7 | | |
| Lewis, J. Derrick | 52:23 – 53:7 | | |
| Lewis, J. Derrick | 66:5 – 66:19 | | |
| Lewis, J. Derrick | 67:6 – 66:22 | | |
| Lewis, J. Derrick | 68:13 – 70:4 | | |
| Lewis, J. Derrick | 70:12 – 71:8 | | |
| Lewis, J. Derrick | 72:12 – 74:2 | | |
| Lewis, J. Derrick | 104:12 – 105:10 | | 106:16 – 107:13 |
| | | | |
| Porter, Conrad | 5:9 – 5:16 | | |
| Porter, Conrad | 6:7 – 8:18 | | |
| Porter, Conrad | 9:15 – 12:11 | | |
| Porter, Conrad | 15:1 – 22:15 | Foundation, relevance | 16:8 |
| Porter, Conrad | 22:20 – 28:24 | | |
| Porter, Conrad | 29:9 – 31:9 | | |
| Porter, Conrad | 34:19 – 35:12 | | |
| Porter, Conrad | 36:9 – 37:16 | Speculation, foundation, assumes facts | |
| Porter, Conrad | 38:13 – 40:4 | Foundation (exhibit) | |
| Porter, Conrad | 41:23 – 42:11 | Foundation (exhibit) | |
| Porter, Conrad | 42:14 – 45:20 | | |
| Porter, Conrad | 47:22 – 49:14 | Speculation | 49:11-14 |
| Porter, Conrad | 49:17 – 49:20 | Speculation | 49:19-20 |
| Porter, Conrad | 49:23 – 50:25 | Relevance | |
| Porter, Conrad | 53:14 – 55:19 | | |
| Porter, Conrad | 55:22 – 57:1 | Foundation, misstates evidence | 55:17-22 |

| Deposition | Page Range | Objection | Counter-Designations |
|---|---|---|---|
| Porter, Conrad | 57:4 – 58:22 | | |
| Porter, Conrad | 60:7 – 61:13 | | |
| Porter, Conrad | 61:16 – 61:20 | | 61:21-25 |
| Porter, Conrad | 62:20 – 63:17 | | |
| Porter, Conrad | 65:3 – 65:9 | | |
| Porter, Conrad | 66:15 – 67:16 | Foundation | 67:14-16 |
| Porter, Conrad | 67:19 – 68:7 | Foundation | 68:2-7 |
| Porter, Conrad | 68:10 – 69:5 | Foundation (exhibit) | |
| Porter, Conrad | 69:19 – 70:22 | | |
| Porter, Conrad | 70:25 – 71:1 | | 71:3-12 |
| Porter, Conrad | 73:18 – 74:17 | Parol evidence, relevance | |
| Porter, Conrad | 75:4 – 76:9 | | |
| Porter, Conrad | 76:22 – 77:16 | | 77:17-24 |
| Porter, Conrad | 78:1 – 80:8 | Relevance, parol | |
| Porter, Conrad | 81:1 – 81:6 | Relevance, parol | |
| Porter, Conrad | 81:9 – 83:21 | Relevance, parol | |
| Porter, Conrad | 84:19 – 85:13 | Relevance, parol | |
| Porter, Conrad | 85:16 – 85:21 | Relevance, parol | |
| Porter, Conrad | 87:24 – 90:2 | | |
| Porter, Conrad | 91:16 – 92:7 | Relevance | |
| Porter, Conrad | 92:23 – 94:7 | Relevance | |
| Porter, Conrad | 94:10- 95:2 | | |
| Porter, Conrad | 95:9 – 97:12 | | |
| Porter, Conrad | 97:16 – 97:22 | | |
| Porter, Conrad | 103:17 – 107:10 | | 108:2-10 |
| Porter, Conrad | 111:17 – 113:5 | | |
| Porter, Conrad | 113:20 – 115:7 | | |
| Porter, Conrad | 115:19 – 116:14 | | |
| Porter, Conrad | 117:6 – 117:11 | | |
| Porter, Conrad | 118:9 – 119:15 | | |
| Porter, Conrad | 120:5 – 121:7 | | |
| Porter, Conrad | 121:18 – 121:22 | | |
| Porter, Conrad | 123:2 – 123:11 | | |
| Porter, Conrad | 123:18 – 125:3 | | |
| Porter, Conrad | 125:10 – 127:5 | | |
| Porter, Conrad | 127:15 – 127:24 | | |
| Porter, Conrad | 128:1 – 128:10 | | |
| Porter, Conrad | 128:13 – 128:15 | | |
| Porter, Conrad | 129:19 – 131:8 | | |
| Porter, Conrad | 131:14 – 132:18 | | 132:15 – 133:7 |
| Porter, Conrad | 138:4 – 138:17 | | |
| Porter, Conrad | 141:4 – 143:2 | | |
| Porter, Conrad | 146:13 – 149:9 | | |

| **Deposition** | **Page Range** | **Objection** | **Counter-Designations** |
|---|---|---|---|
| Porter, Conrad | 149:12 – 149:18 | | |
| Porter, Conrad | 149:20 – 150:3 | | |
| Porter, Conrad | 150:6 – 151:17 | | |
| Porter, Conrad | 152:16 – 153:24 | | |
| Porter, Conrad | 154:5 – 154:22 | | |
| Porter, Conrad | 155:11 – 161:2 | | |
| Porter, Conrad | 161:9 – 161:13 | | |
| Porter, Conrad | 161:17 – 161:20 | | |
| Porter, Conrad | 161:23 – 162:1 | | |
| Porter, Conrad | 162:13 – 164:5 | | |
| Porter, Conrad | 164:19 – 165:1 | | |
| Porter, Conrad | 165:23 – 166:2 | | |
| Porter, Conrad | 166:9 – 167:19 | | |
| Porter, Conrad | 167:22 – 168:2 | | |
| Porter, Conrad | 178:18 – 179:17 | | |
| Porter, Conrad | 194:18 – 197:5 | | |
| | | | |
| Szeg, Kim | 6:3 – 7:7 | Hearsay | |
| Szeg, Kim | 7:15 – 9:8 | Hearsay | |
| Szeg, Kim | 9:9 – 13:2 | Hearsay, Foundation | |
| Szeg, Kim | 13:11 – 13:14 | Hearsay | |
| Szeg, Kim | 15:21 – 16:20 | Hearsay | |
| Szeg, Kim | 17:18 – 18:1 | Hearsay | 17:9 - 17:18, 1:2 – 18:7 |
| Szeg, Kim | 23:4 – 23:12 | Hearsay | |
| Szeg, Kim | 31:20 – 37:1 | Hearsay | |
| Szeg, Kim | 39:11 - 39:18 | Hearsay | |
| Szeg, Kim | 50:11 – 50:11 | Hearsay | |
| Szeg, Kim | 59:2 – 60:5 | Hearsay | 60:5 – 60:12 |
| Szeg, Kim | 65:4 – 65:4 | Hearsay | |
| Szeg, Kim | 71:9 – 72:4 | Hearsay | 72:5 – 72:6 |
| Szeg, Kim | 72:7 – 76:12 | Hearsay | |
| Szeg, Kim | 81:6 – 81:15 | Hearsay | |
| Szeg, Kim | 83:8 – 87:9 | Hearsay, Parol Evidence | 87:9 – 88:7 |
| Szeg, Kim | 89:1 – 90:12 | Hearsay | |
| Szeg, Kim | 91:3 – 91:11 | Hearsay | |
| Szeg, Kim | 91:15 – 93:3 | Hearsay | 93:9 – 94:12 |
| Szeg, Kim | 94:13 – 94:17 | Hearsay | |
| Szeg, Kim | 95:17 – 97:6 | Hearsay | |
| Szeg, Kim | 97:7 – 99:5 | Hearsay | |
| Szeg, Kim | 102:7 – 104:19 | Hearsay | |
| Szeg, Kim | 105:1 – 105:8 | Hearsay | 105:9 – 105:13 |
| Szeg, Kim | 105:14 – 105:20 | Hearsay | |
| Szeg, Kim | 106:3 – 107:16 | Hearsay | |

| Deposition | Page Range | Objection | Counter-Designations |
|---|---|---|---|
| Szeg, Kim | 115:13 – 116:19 | Hearsay | 116:20 |
| Szeg, Kim | 116:21 – 119:21 | Hearsay | |
| Szeg, Kim | 120:10 – 120:17 | Hearsay | |
| Szeg, Kim | 124:14 – 125:2 | Hearsay | 126:1 – 126:8 |
| Szeg, Kim | 127:1 – 132:19 | Hearsay | |
| Szeg, Kim | 135:9 – 135:17 | Hearsay | |
| Szeg, Kim | 136:20 – 137:1 | Hearsay | 137:2 – 137:9 |
| Szeg, Kim | 137:10 – 137:11 | Hearsay | |
| Szeg, Kim | 138:11 – 139:16 | Hearsay | 139:17 – 140:12 |

Dated: December 21, 2004

s/ Jeffrey W. Post
Thomas S. Fraser (#31641)
Jeffrey W. Post (#271883)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

ATTORNEYS FOR SLIDELL, INC.

#3057028\1