**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SLIDELL, INC.,

Plaintiff,

v.

MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant.

Civil No. 02-213 JRT/FLN

**TRIAL NOTICE**

---

Thomas Fraser and Jeffrey Post, FREDRIKSON & BYRON, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for plaintiff.

Michael Nilan, Matthew Johnson, and Scott Smith, HALLELAND LEWIS NILAN SIPKINS & JOHNSON, 220 Sixth Street South, Suite 600, Minneapolis, MN 55402, for defendant.

This matter is scheduled for trial on January 11, 2005 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: December 22, 2004
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge