**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Slidell, Inc.,

Plaintiff and Counterdefendant,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant and Counterclaimant.

Court File No. 02-CV-213 (JRT/FLN)

**MILLENNIUM'S OBJECTIONS AND COUNTER-DESIGNATIONS TO SLIDELL'S AMENDED DEPOSITION DESIGNATIONS**

---

Pursuant to Local Rule 39.1(b)(2)(D) and the parties' agreement, Defendant and Counterclaimant Millennium Inorganic Chemicals Inc. (hereinafter "Millennium") hereby makes its objections to the deposition testimony designated by Slidell, Inc. ("Slidell") and makes its counter-designations to Slidell's designations.

| **Deposition** | **Page Range** | **Objection** | **Counter-Designations** |
| --- | --- | --- | --- |
| Anderson, P | 4:16 - 4:21 | | 6:3 – 6:15;<br>7:14 – 8:4 |
| Anderson, P | 52:21 – 54:08 | Exhibit not listed by Slidell;<br>Foundation | If Exhibit 1 is offered by Slidell and admitted:<br>51:12 – 52:20 |
| Anderson, P | 77:21 - 78:02 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | 78:4 - 78:13 |

| | | | |
|---|---|---|---|
| Anderson, P | 78:14 - 80:14 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | 83:7 - 83:12;<br>83:19 - 84:1 |
| Anderson, P | 96:13 - 96:15 | | 97:2 - 103:1 |
| Anderson, P | 103:2 - 103:18 | | 103:19 - 104:21 |
| Anderson, P | 105:01 - 105:04 | Foundation;<br>Relevance;<br>Confusing | 105:9 - 14 |
| Anderson, P | 106:03 - 107:04 | Foundation;<br>Relevance;<br>Confusing; | 105:15 - 106:2 |
| Anderson, P | 125:14 - 127:06 | Relevance | 123:13 - 125:13;<br>127:7 - 127:19 |
| Anderson, P | 132:05 – 132:12 | Foundation | If Exhibit 142 is admitted into evidence:<br>131:8 – 132:04 |
| | | | |
| Berwanger | 3:13 - 3:14 | | 4:7 – 7:15;<br>8:12 – 12:12 |
| Berwanger | 90:17 - 91:21 | | 78:14 – 90:16;<br>91:22 – 93:25 |
| Berwanger | 106:23 - 107:15 | | 102:20 – 106:21 |
| Berwanger | 108:02 - 110:16 | | 107:16 – 108:1 |
| Berwanger | 128:06 - 128:08 | Form | 128:09 – 128:16 |
| Berwanger | 131:05 - 131:22 | | 130:23 – 131:02 |
| Berwanger | 143:15 - 143:22 | Foundation | 143:23 – 144:02 |
| Berwanger | 144:03 - 144:22 | Foundation | 144:23 – 145:13 |
| Berwanger | 145:17 - 146:18 | | 145:14 – 145:16 |
| Berwanger | 165:09 - 165:21 | | 161:23 – 165:08 |
| Berwanger | 169:03 - 169:17 | | 169:18 – 170:15 |
| Berwanger | 198:25 - 201:11 | Exhibits inadmissible;<br>Speculation (201:5) | |
| Berwanger | 208:09 - 208:10 | | 208:11 – 209:07 |
| Berwanger | 209:08 - 210:07 | | 209:8 – 209:12 |

| | | | |
|---|---|---|---|
| Berwanger | 211:03 - 211:07 | Foundation;<br>Hearsay;<br>Form | If Exhibit 263 is admitted:<br>211:08 – 212:06;<br>212:7 – 212:22;<br>213:7 – 217:4;<br>217:5 – 218:12 |
| Berwanger | 222:18 - 222:23 | Hearsay | If Exhibit 263 is admitted:<br>222:24 – 223:17 |
| Berwanger | 225:13 - 226:12 | Hearsay | |
| Berwanger | 228:22 - 229:05 | | 228:18 – 228:21 |
| Berwanger | 231:12 - 231:14 | | 231:15 – 231:25 |
| Berwanger | 234:03 - 234:25 | | |
| | | | |
| Brewer | 5:12 - 5:15 | | |
| Brewer | 7:13 - 8:08 | | 8:13 – 10:1 |
| Brewer | 48:14 - 48:20 | Cumulative | 49:9 – 49:16 |
| Brewer | 57:05 - 58:21 | Cumulative | 55:5 – 57:4;<br>59:1 – 60:2;<br>60:9 – 60:18 |
| Brewer | 68:19 - 73:05 | Cumulative | |
| Brewer | 73:09 - 75:05 | Cumulative | 73:06 – 76:08 |
| Brewer | 75:17 - 76:16 | Cumulative | |
| Brewer | 81:11 - 81:18 | Cumulative;<br>Misleading | 79:12 – 81:10 |
| Brewer | 88:21 - 89:14 | Cumulative | |
| Brewer | 90:21 - 90:04 | Composite;<br>Foundation;<br>Relevance;<br>Unduly prejudicial;<br>Confusing;<br>Cumulative | |
| Brewer | 92:03 - 92:16 | Composite;<br>Foundation;<br>Relevance;<br>Unduly prejudicial;<br>Confusing;<br>Cumulative | |
| Brewer | 102:02 - 102:04 | | 102:10 – 102:16 |
| Brewer | 107:03 - 107:15 | | 106:17 – 107:2 |
| Brewer | 141:03 - 141:07 | | 141:13 – 141:20 |
| Brewer | 146:11 - 148:10 | | |
| Brewer | 194:11 – 194:15 | | |
| Brewer | 195:14 - 196:15 | | 196:16 – 196:20 |

| | | | |
|---|---|---|---|
| Brewer | 202:03 - 202:04 | Relevance;<br>Unfairly prejudicial;<br>Waste of time;<br>Cumulative | |
| Brewer | 202:05 - 203:17 | Relevance;<br>Unfairly prejudicial;<br>Waste of time;<br>Cumulative | 203:18 – 203:20 |
| Brewer | 224:15 - 224:18 | | |
| Brewer | 225:21 - 226:09 | Cumulative | |
| Brewer | 229:06 - 229:10 | | |
| Brewer | 229:18 - 230:14 | Relevance;<br>Cumulative | |
| Brewer | 241:14 - 241:15 | | |
| Brewer | 241:17 - 243:04 | | |
| | | | |
| Daniels | 4:12 - 4:14 | | |
| Daniels | 63:18 - 63:19 | Relevance;<br>Waste of time | 64:12 - 65:2 |
| Daniels | 67:11 - 69:02 | Relevance;<br>Waste of time | 65:3 - 67:10;<br>69:3 - 69:9 |
| Daniels | 82:03 - 82:04 | | 82:10 - 82:14 |
| Daniels | 83:19 - 84:05 | Relevance | 83:15 - 83:18;<br>84:6 - 85:20 |
| Daniels | 86:17 - 86:18 | | 87:17 - 88:21 |
| Daniels | 89:01 - 90:20 | Foundation;<br>Relevance | |
| Daniels | 90:21 - 91:01 | | |
| Daniels | 93:09 - 94:16 | Relevance | 94:17 - 95:8 |
| Daniels | 99:01 - 99:02 | Foundation;<br>Relevance;<br>Confusing;<br>Waste of time | |
| Daniels | 100:04 - 100:11 | Foundation;<br>Relevance;<br>Confusing;<br>Waste of time | 95:5 - 100:3;<br>100:12 - 101:2;<br>101:13 - 102:12 |
| Daniels | 101:03 - 101:12 | Foundation;<br>Relevance;<br>Confusing;<br>Waste of time | 95:5 - 100:3;<br>100:12 - 101:2;<br>101:13 - 102:12 |
| Daniels | 104:04 - 104:05 | | |
| Daniels | 104:17 - 105:10 | | 104:8 - 104:16 |

| | | | |
|---|---|---|---|
| Daniels | 125:19 - 125:21 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | 126:14 - 127:2 |
| Daniels | 127:03 - 128:12 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | 128:13 - 129:1 |
| Daniels | | | 113:11 - 116:11 |
| | | | |
| Dissaux | 4:12 - 4:15 | | |
| Dissaux | 7:12 - 7:15 | | 7:16 - 8:6 |
| Dissaux | 8:07 - 8:09 | | |
| Dissaux | 41:11 - 41:17 | Foundation;<br>Relevance;<br>Unfairly prejudicial | |
| Dissaux | 41:18 - 45:21 | Foundation;<br>Relevance;<br>Unfairly prejudicial | |
| Dissaux | 56:15 - 56:20 | | 56:21 - 57:4 |
| Dissaux | 57:17 - 59:10 | | 57:5 - 57:16 |
| Dissaux | 69:13 - 69:17 | | |
| Dissaux | 70:02 - 70:09 | | 69:18 - 70:1 |
| Dissaux | 74:21 - 75:09 | | |
| Dissaux | 75:10 - 75:19 | | |
| Dissaux | 75:20 - 76:05 | | |
| Dissaux | 76:06 - 77:11 | | |
| | | | |
| Dowdle | 4:12 - 4:17 | | |
| Dowdle | 7:10 - 7:12 | | 6:21 - 7:9;<br>7:13 - 10:1 |

| | | | |
|---|---|---|---|
| Dowdle | 52:07 – 52:12 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Misleading | 50:7 – 50:15;<br>52:02 – 52:06;<br>52:13 – 52:18 |
| Dowdle | 52:19 – 52:21 | Relevance;<br>Unfairly prejudicial;<br>Misleading | |
| Dowdle | 115:07 - 115:08 | Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | |
| Dowdle | 115:11 - 116:19 | Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | |
| Dowdle | 117:06 - 117:17 | Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | 116:20 - 117:5;<br>117:18 - 118:5 |
| Dowdle | 122:02 - 122:05 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | |
| Dowdle | 122:10 - 123:11 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Waste of time;<br>Cumulative | 123:12 - 123:19 |
| Dowdle | 134:04 - 134:05 | Foundation;<br>Relevance | 134:8 - 134:12 |
| Dowdle | 135:08 - 136:08 | Relevance | |
| Dowdle | 139:04 - 140:03 | Relevance | |
| Dowdle | 142:11 - 143:07 | | 141:20 - 142:10 |
| Dowdle | | | 128:1 - 129:2 |

| | | | |
|---|---|---|---|
| Dowdle | | | 143:12 - 148:20 |
| Dowdle | | | 155:2 - 156:16 |
| | | | |
| Glowe | 4:21 - 4:23 | | 4:12 - 4:14;<br>4:24 - 6:8 |
| Glowe | 67:01 - 67:22 | Foundation;<br>Relevance;<br>Form;<br>Non-responsive | 63:23 - 66:9;<br>67:23 - 68:20 |
| Glowe | 69:18 - 69:21 | | 69:22 - 70:11;<br>70:16 - 70:18 |
| Glowe | 78:07 - 79:13 | Form;<br>Non-responsive | |
| | | | |
| Hamper | 5:08 - 5:10 | | 5:11 – 5:15;<br>32:14 – 34:8;<br>146:24 – 148:22 |
| Hamper | 31:25 - 32:08 | | 31:15 - 31:24 |
| Hamper | 65:19 - 66:19 | Hearsay | |
| Hamper | 71:08 - 74:11 | | 68:2 - 71:7;<br>148:23 - 152:19;<br>152:20 – 154:17;<br>160:6 - 162:15;<br>174:25 – 175:12 |
| Hamper | 99:21 - 100:16 | Foundation;<br>Speculation (100:13) | |
| Hamper | 101:12 - 101:14 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Hearsay | 100:17 - 100:23;<br>101:15 - 102:3 |
| Hamper | 130:03 - 131:11 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Hearsay | 129:18 - 130:2 |
| Hamper | 178:21 - 179:06 | | 173:5 0 174:11;<br>177:25 - 178:11 |
| Hamper | 180:01 - 181:03 | | 170:11 - 172:13;<br>181:4 - 181:7 |
| | | | |
| Hughes | 3:12 - 3:16 | | 30:2 – 30:20;<br>31:11 – 31:20 |
| Hughes | 84:18 - 86:01 | | 75:09 – 75:15 |

| | | | |
|---|---|---|---|
| Hughes | 90:01 - 90:02 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | 90:13 – 91:07 |
| Hughes | 96:02 - 97:02 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | |
| Hughes | 141:19 - 142:18 | Incomplete | 140:14 – 141:18 |
| Hughes | 146:03 - 146:07 | | |
| Hughes | 146:17 - 147:16 | | |
| Hughes | 150:03 - 150:13 | | |
| Hughes | 152:12 - 153:02 | Relevance;<br>Cumulative | |
| Hughes | 156:18 - 158:03 | | |
| Hughes | 164:07 - 164:19 | | |
| Hughes | 172:07 - 172:18 | | 172:19 – 173:07 |
| Hughes | 189:03 - 189:06 | Foundation | |
| Hughes | 190:13 - 191:09 | | |
| Hughes | 211:09 - 211:21 | | |
| Hughes | 215:06 - 216:04 | | |
| Hughes | 220:14 - 220:18 | Foundation;<br>Unfairly prejudicial;<br>Misleading;<br>Cumulative | 221:03 – 221:09 |
| Hughes | 221:14 - 225:06 | Foundation;<br>Unfairly prejudicial;<br>Misleading,<br>Cumulative | 225:07 – 225:09 |
| Hughes | 231:01 - 231:02 | | 231:10 – 231:12 |
| Hughes | 233:21 - 234:21 | | |
| Hughes | 236:09 - 236:18 | | |
| Hughes | 237:04 - 238:08 | | |
| Hughes | 265:18 - 266:10 | Foundation | 263:13 – 264:4;<br>265:07 – 265:18 |
| Hughes | 267:06 - 267:11 | | 267:12 – 267:15 |
| Hughes | 275:01 - 275:18 | Relevance;<br>Foundation | |
| Hughes | 275:21 - 276:02 | | |
| Hughes | 277:17 - 278:10 | Speculation | |

| | | | |
|---|---|---|---|
| Hughes | 279:02 - 280:17 | | |
| Hughes | 281:13 - 282:04 | Relevance;<br>Unfairly prejudicial;<br>(See Millennium Motion in Limine, Dkt. No. 193) | |
| Hughes | 316:15 - 316:18 | Foundation;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | 316:19 – 317:08 |
| Hughes | 317:09 - 318:05 | Foundation;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | |
| | | | |
| Polaski | 4:12 - 4:14 | | |
| Polaski | 4:23 - 5:03 | | |
| Polaski | 16:03 - 16:07 | | 14:24 – 15:05 |
| Polaski | 18:17 - 19:01 | | |
| Polaski | 45:10 - 45:19 | Relevance | |
| Polaski | 59:13 - 60:05 | Relevance | |
| Polaski | 63:18 - 63:23 | | 63:25 – 64:03;<br>64:13 – 64:22 |
| Polaski | 70:10 - 70:17 | Relevance;<br>Misleading;<br>Confusing | |
| Polaski | 71:25 - 72:18 | | |
| Polaski | 73:07 - 75:15 | | |
| Polaski | 80:1 - 81:06 | Relevance;<br>Foundation;<br>Hearsay | |
| Polaski | 84:25 - 85:03 | | 85:04 – 85:08 |
| Polaski | 87:04 - 87:20 | Relevance,<br>Misleading | |
| Polaski | 88:18 - 90:04 | | |
| Polaski | 100:18 - 100:20 | | 101:17 – 101:19;<br>102:07 – 102:12 |
| Polaski | 104:18 - 105:25 | Speculation;<br>Legal conclusion | |
| Polaski | 107:21 - 108:05 | Relevance | |
| Polaski | 109:01 - 109:08 | Relevance;<br>Cumulative | |

| | | | |
|---|---|---|---|
| Polaski | 109:14 - 111:05 | Relevance;<br>Cumulative | |
| Polaski | 119:17 - 119:19 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | |
| Polaski | 119:21 - 120:10 | Relevance | |
| Polaski | 136:19 - 137:17 | Relevance;<br>Misleading | |
| Polaski | 138:03 - 138:05 | | |
| Polaski | 150:09 - 152:05 | | 148:22 – 150:08 |
| Polaski | 168:14 - 168:16 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | 169:10 – 169:21 |
| Polaski | 169:22 - 170:13 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | |
| Polaski | 171:22 - 171:25 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | |
| Polaski | 172:02 - 172:15 | Foundation;<br>Relevance;<br>Unfairly Prejudicial;<br>Confusing;<br>Misleading | |
| Polaski | 174:01 - 174:03 | | 174:05-174:17 |
| Polaski | 175:08 - 175:18 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading | |
| Polaski | 179:01 - 179:21 | | |
| Polaski | 181:19 - 181:21 | | |
| Polaski | 192:05 - 193:24 | | |

| | | | |
|---|---|---|---|
| Polaski | 196:10 - 200:06 | Foundation;<br>Misleading;<br>Confusing;<br>Speculation | |
| Polaski | 201:16 – 202:14 | Foundation;<br>Misleading;<br>Confusing;<br>Speculation | 200:07 – 201:15 |
| Polaski | 204:23 - 204:25 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Cumulative | 205:03 – 205:06 |
| Polaski | 205:07 - 205:20 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Cumulative | |
| Polaski | 207:17 - 208:10 | Foundation;<br>Relevance;<br>Unfairly prejudicial;<br>Confusing;<br>Misleading;<br>Cumulative | |
| Polaski | 211:08 - 211:10 | Foundation | 211:15 – 212:03 |
| Polaski | 217:13 - 218:10 | Foundation | |
| Polaski | 227:20 - 229:13 | Foundation;<br>Speculation | 226:25 – 227:19 |
| Polaski | 240:06 - 240:08 | | |
| Polaski | 243:23 - 245:05 | Unfairly prejudicial;<br>Speculation;<br>(See Millennium Motion in Limine, Dkt. No. 193) | |
| Polaski | 264:21 - 265:13 | Unfairly prejudicial;<br>Speculation | |
| | | | |
| Ramsay | 5:23 - 5:24 | | |
| Ramsay | 7:15 - 7:21 | | |
| Ramsay | 48:06 – 48:17 | | 48:18 – 48:25 |
| Ramsay | 65:07 - 65:14 | | |
| Ramsay | 83:12 - 84:05 | Foundation | |

| | | | |
|---|---|---|---|
| Ramsay | 97:18 - 98:12 | | 97:4 – 97:17 |
| Ramsay | 104:06 - 104:09 | | |
| Ramsay | 106:08 - 106:13 | | |
| Ramsay | 106:14 - 107:10 | | |
| Ramsay | 108:08 - 109:07 | | |
| Ramsay | 111:25 - 112:21 | Parol evidence rule | |
| Ramsay | 126:10 - 128:09 | | |
| Ramsay | 129:10 - 130:01 | | 128:10 – 129:09 |
| Ramsay | 153:05 - 153:09 | Foundation;<br>Confusing;<br>Misleading | |
| Ramsay | 153:10 - 156:21 | Foundation | |
| Ramsay | 158:25 - 160:07 | Foundation | |
| Ramsay | 160:11 - 160:15 | | |
| Ramsay | 160:16 - 163:11 | | |
| Ramsay | 169:17 - 169:24 | Foundation;<br>Unfairly prejudicial;<br>Misleading;<br>Waste of time | |
| Ramsay | 170:14 - 171:07 | | |
| Ramsay | 174:21 - 174:24 | | |
| Ramsay | 175:11 - 175:23 | | |
| Ramsay | 176:22 - 177:12 | Argumentative | 176:06 – 176:21 |
| Ramsay | 187:12 - 187:17 | | |
| Ramsay | 188:17 - 189:11 | | 189:12 – 190:06;<br>202:23 – 203:22 |
| Ramsay | 193:14 - 194:03 | | |
| Ramsay | 195:2 - 195:15 | | |
| Ramsay | 201:23 - 202:07 | Relevance;<br>Waste of time;<br>Cumulative | |
| Ramsay | 202:08 - 202:22 | | |
| Ramsay | 206:16 - 207:18 | Relevance;<br>Unfairly prejudicial; | 212:14 – 212:23 |
| Ramsay | 213:03 - 214:12 | Relevance;<br>Form | |
| Ramsay | 214:13 - 214:20 | | |
| Ramsay | 214:21 - 215:09 | | |
| Ramsay | 215:23 - 216:03 | | 216:04 – 216:14 |
| Ramsay | 216:15 - 217:09 | | |

| | | | |
|---|---|---|---|
| Ramsay | 217:21 - 218:09 | | |
| Ramsay | 219:4 - 219:24 | Foundation | 219:25 – 220:16 |
| Ramsay | 221:7 - 222:13 | | |
| Ramsay | 224:09 - 225:10 | | |
| Ramsay | 225:21 - 227:05 | Foundation;<br>Lack of personal knowledge | 225:14 – 225:20 |
| Ramsay | 230:21 - 231:01 | | |
| Ramsay | 233:03 - 227:21 | Designation is impossible;<br>Relevance | |
| Ramsay | 235:19 - 235:21 | | |
| Ramsay | 236:18 - 237:01 | | 236:7 – 236:17 |
| Ramsay | 238:07 - 238:18 | | 237:02 – 237:07 |
| Ramsay | 240:02 - 240:19 | | 239:16 – 240:01 |
| Ramsay | 243:01 - 245:08 | Parol evidence rule;<br>Relevance | |
| Ramsay | 248:19 - 248:22 | | |
| Ramsay | 249:07 - 250:08 | | |
| Ramsay | 250:09 - 250:10 | | |
| Ramsay | 250:17 - 251:08 | Relevance;<br>Form | |
| Ramsay | 256:01 - 256:14 | | 253:23 – 255:09 |
| Ramsay | 267:17 - 267:22 | | |
| Ramsay | 268:07 - 269:04 | | |
| Ramsay | 270:05 - 271:04 | Relevance;<br>Confusing;<br>Waste of time;<br>Cumulative | |
| Ramsay | 272:03 - 272:11 | | |
| Ramsay | 274:15 - 274:24 | Foundation;<br>Best evidence rule | 273:22 – 274:14 |
| Ramsay | 279:09 - 279:13 | | |
| Ramsay | 280:23 - 281:04 | | |
| Ramsay | 281:17 - 282:19 | | |
| Ramsay | 283:16 - 283:19 | | |
| Ramsay | 283:20 - 284:05 | | 282:20 – 283:15 |
| Ramsay | 292:21 - 292:24 | | |
| Ramsay | 292:25 - 293:17 | | |
| Ramsay | 297:07 - 298:20 | | |
| Ramsay | 299:06 - 302:07 | | |
| Ramsay | 305:22 - 305:24 | | |

| | | | |
|---|---|---|---|
| Ramsay | 309:05 - 309:24 | | |
| Ramsay | 310:14 - 316:14 | Foundation;<br>Lack of personal knowledge;<br>Objection to "redacted" testimony | |
| Ramsay | 334:03 - 334:06 | | |
| Ramsay | 336:14 - 336:19 | | |
| Ramsay | 337:05 - 338:12 | Lack of personal knowledge | |
| Ramsay | 349:23 - 351:16 | Relevance;<br>Form | |
| Ramsay | 352:08 - 352:10 | | |
| Ramsay | 353:01 - 353:07 | | 353:08 – 353:11 |
| Ramsay | 354:20 - 354:22 | Foundation;<br>Relevance;<br>Unfairly prejudicial | |
| Ramsay | 355:02 - 355:23 | Foundation;<br>Lack of personal knowledge | |
| Ramsay | 361:23 - 362:16 | | 362:17 – 362:25 |
| Ramsay | 364:21 - 365:02 | | |
| | | | |
| Root | 6:12 - 6:14 | | |
| Root | 102:03 – 102:12 | Relevance | |
| Root | 120:10 - 120:17 | Relevance;<br>Hearsay;<br>Parol Evidence Rule; | |
| Root | 129:13 – 130:04 | Relevance | |
| Root | 131:01 – 131:10 | Relevance;<br>Unduly prejudicial | |
| Root | 146:19 - 147:21 | Parol Evidence Rule;<br>Opinion testimony by lay witness;<br>Form | |
| Root | 205:21- 206:02 | MIC incorporates by reference its response to this document in Slidell's Exhibit List | |
| Root | 207:11 - 208:04 | | 205:18 – 206:8 |
| Root | 223:09 - 223:10 | | |
| Root | 223:14 - 225:02 | Lack of personal knowledge;<br>Form | |
| Root | 236:17 - 238:09 | | |
| Root | 240:12 - 240:15 | | |
| Root | 241:15 - 242:12 | | |

| | | | |
|---|---|---|---|
| Root | 279:09 - 279:10 | | |
| Root | 280:03 - 281:01 | | |
| Root | 303:06 - 303:18 | Unfairly prejudicial;<br>Hearsay;<br>Question not specific as to time, participants, etc. | |
| | | | |
| Sands | 5:12 - 5:15 | | 8:1 - 9:13 |
| Sands | 51:11 - 51:18 | | |
| Sands | 52:09 - 52:15 | | 51:19 - 52:8 |
| Sands | 53:05 - 53:10 | | |
| | | | |
| Szeg | 4:13 - 4:18 | | |
| Szeg | 42:17 - 43:14 | | |
| Szeg | 65:04 - 65:04 | | |
| Szeg | 67:18 - 68:11 | | |
| Szeg | 76:15 - 76:16 | | |
| Szeg | 77:02 - 78:13 | | |
| Szeg | 93:19 - 94:12 | Foundation | |
| Szeg | 102:07 - 102:07 | | |
| Szeg | 102:14 - 104:10 | | 104:11 – 105:5 |
| | | | |
| Vogtmann | 3:09 - 3:10 | | 56:19 – 58:8 |
| Vogtmann | 52:10 – 52:15 | Relevance | |
| Vogtmann | 54:20 - 56:18 | | |
| Vogtmann | 64:09 - 64:24 | | |
| Vogtmann | 70:15 - 72:02 | | |
| Vogtmann | 73:13 - 73:17 | | 72:07 – 73:12 |
| Vogtmann | 77:24 - 80:25 | | |
| Vogtmann | 82:08 - 83:12 | | 83:13 – 84:12 |
| Vogtmann | 90:08 - 91:16 | | |
| Vogtmann | 93:15 - 94:11 | | 92:08 – 93:14 |

| | | | |
|---|---|---|---|
| Vogtmann | 101:03 - 107:17 | Relevance;<br>Unfairly prejudicial;<br>Misleading;<br>Lack of personal knowledge;<br>Form;<br>Objections to Exhibit;<br>(See Millennium Motion in Limine, Dkt. No. 196) | 107:18 – 108:03 |
| Vogtmann | 109:02 - 110:07 | Foundation;<br>Hearsay | 110:08 – 111:14 |
| Vogtmann | 112:01 - 112:09 | Hearsay | 112:10 – 112:24 |
| Vogtmann | 112:25 - 114:23 | Hearsay | |
| Vogtmann | 116:01 - 117:03 | Hearsay | |
| Vogtmann | 137:04 - 137:12 | Foundation<br>Confusing | |
| Vogtmann | 139:04 - 140:11 | | |
| Vogtmann | 143:15 - 144:14 | | |
| Vogtmann | 195:04 - 196:04 | | |
| Vogtmann | 207:06 – 207:12 | Original recording (Rule 1002) | |
| Vogtmann | 207:24 - 208:13 | | |
| Vogtmann | 213:16 - 213:22 | | 213:15;<br>213:23 – 213:25 |

**RESERVATIONS OF RIGHTS**

1. Millennium reserves the right to offer into evidence all or part of any future trial deposition that is taken pursuant to an agreement of the parties or is permitted by the Court.

2. Millennium anticipates that certain persons on its Witness List who are non-parties and who presently reside outside of the jurisdiction and subpoena power of this Court will voluntarily appear at trial if requested by Millennium. Millennium reserves the right to offer into evidence all or part of the deposition of any such person who does not voluntarily appear at trial.

3. Millennium anticipates that certain persons on its Witness List who are employed by Slidell or are represented by Slidell's counsel will voluntarily appear at trial at the request of Slidell. Millennium reserves the right to offer into evidence all or part of the deposition of any

such person who does not appear at trial and who resides outside of the jurisdiction and subpoena power of this Court.

4. Millennium reserves the right to designate additional deposition testimony to the extent that additional matters are revealed between today's date and the date of trial.

Dated: December 22, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: ______________________________________

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-Claimant
Millennium Inorganic Chemicals Inc.