UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Court File No. 02-CV-213 (JRT/FLN)

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

**AFFIDAVIT OF JAMES McGREGOR IN SUPPORT OF SLIDELL'S RESPONSE TO MILLENNIUM'S MOTION TO EXCLUDE EVIDENCE OF KICK-BACKS AND OTHER ALLEGED CORRUPTION**

# FILED UNDER SEAL

# CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER DATED NOVEMBER 15, 2002