*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on December 23, 2004, I caused the following document:

1. Millennium's Memorandum in Opposition to Slidell's Motion to Exclude Testimony Contradicting the Express Contract Terms;
2. Affidavit of Matthew E. Johnson Filed in Support of Millennium Inorganic Chemicals, Inc.'s Memorandum Opposing Slidell's Motion to Exclude Testimony Contradicting the Express Contract Terms;
3. Millennium's Memorandum of Law in Opposition to Slidell's Motion in Limine Regarding Millennium's Ability to Cover and the Injunction;
4. Affidavit of Matthew E. Johnson in Opposition to Slidell's Motion in Limine Regarding Millennium's Ability to Cover and the Injunction;
5. Declaration of Nicholas Sands;
6. Millennium's Memorandum in Opposition to Slidell's Motion to Exclude Evidence Regarding Damages Excluded by the Contract;
7. Millennium Inorganic Chemicals Inc.'s Memorandum of Law in Opposition to Nikain Motion in Limine;
8. Affidavit of Scott A. Smith in Opposition to Nikain Motion in Limine;
9. Affidavit Of Reza Nikain, P.E., P.M.P.;
10. Millennium's Memorandum of Law in Opposition to Slidell's Motion in Limine to Exclude Evidence of Other Litigation; and
11. Affidavit of Matthew E. Johnson in Opposition to Slidell's Motion in Limine to Exclude Evidence of Other Litigation,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda M. Cialkowski (acialkowski@halleland.com)
Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Scott A. Smith (ssmith@halleland.com)

Dated: December 23, 2004

s/ Matthew E. Johnson
Matthew E. Johnson

DN: 240937