UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE OF RESPONSIVE DOCUMENTS**

---

I hereby certify that on December 23, 2004, I caused the following documents:

1 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Evidence Related to Slidell's Trade Secret Claim

2 Notification of Conventional Filing of Slidell's Response to Millennium's Motion in Limine to Exclude the Testimony of Slidell's Expert Witness, Arthur H. Cobb

3 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages

4 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance

5 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Certain Wire Color-Related Evidence

6 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption

7 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Evidence of Stock Buy-Back Plan

8 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy

9 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Reference to Millennium as an Out-Of-State Corporation

10 Notification of Conventional Filing of Slidell's Response to Millennium's Motion to Exclude Speculation Regarding Ramsay's Termination or Personnel File

11 Notification of Conventional Filing of Slidell's Response to Millennium's Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.

12 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Evidence Related to Slidell's Trade Secret Claim

13 Notification of Conventional Filing of Declaration of Jeffrey W. Post Regarding Millennium's Motion to Exclude Cobb's Testimony

14 Notification of Conventional Filing of James McGregor's Declaration Regarding Millennium's Motion to Exclude Cobb's Testimony

15 Notification of Conventional Filing of Declaration of Arthur H. Cobb

16 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages

17 Notification of Conventional Filing of Affidavit of James R. Mayer in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance

18 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Certain Wire Color-Related Evidence

19 Notification of Conventional Filing of Affidavit of James McGregor in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption

20 Notification of Conventional Filing of Declaration of James McGregor (in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Stock Buy-Back Plan)

21 Notification of Conventional Filing of Affidavit of James Mayer in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Stock Buy-Back Plan

22 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy

23 Notification of Conventional Filing of Affidavit of James Mayer n Support of Slidell's Response to Millennium's Motion to Exclude Reference to Millennium as an Out-Of-State Corporation

24 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Speculation Regarding Ramsay's Termination or Personnel File

25 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused copies of the attached:

1 Slidell's Response to Millennium's Motion to Exclude Evidence Related to Slidell's Trade Secret Claim

2 Slidell's Response to Millennium's Motion in Limine to Exclude the Testimony of Slidell's Expert Witness, Arthur H. Cobb

3 Slidell's Response to Millennium's Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages

4 Slidell's Response to Millennium's Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance

5 Slidell's Response to Millennium's Motion to Exclude Certain Wire Color-Related Evidence

6 Slidell's Response to Millennium's Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption

7 Slidell's Response to Millennium's Motion to Exclude Evidence of Stock Buy-Back Plan

8 Slidell's Response to Millennium's Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy

9 Slidell's Response to Millennium's Motion to Exclude Reference to Millennium as an Out-Of-State Corporation

10 Slidell's Response to Millennium's Motion to Exclude Speculation Regarding Ramsay's Termination or Personnel File

11 Slidell's Response to Millennium's Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.

12 Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Evidence Related to Slidell's Trade Secret Claim

13 Declaration of Jeffrey W. Post Regarding Millennium's Motion to Exclude Cobb's Testimony

14 James McGregor's Declaration Regarding Millennium's Motion to Exclude Cobb's Testimony

15 Declaration of Arthur H. Cobb

16 Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Damages for Lost Opportunities and Other Consequential Damages

17 Affidavit of James R. Mayer in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Damages Not Incurred as a Result of Slidell's Reliance

18 Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Certain Wire Color-Related Evidence

19 Affidavit of James McGregor in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Kick-Backs and Other Alleged Corruption

20 Declaration of James McGregor (in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Stock Buy-Back Plan)

21 Notification of Conventional Filing of Affidavit of James Mayer in Support of Slidell's Response to Millennium's Motion to Exclude Evidence of Stock Buy-Back Plan

22 Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Reference to Financial Disparity Between the Parties or Slidell's Potential Bankruptcy

23 Affidavit of James Mayer in Support of Slidell's Response to Millennium's Motion to Exclude Reference to Millennium as an Out-Of-State Corporation

24 Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion to Exclude Speculation Regarding Ramsay's Termination or Personnel File

25 Affidavit of Jeffrey W. Post in Support of Slidell's Response to Millennium's Motion in Limine to Exclude Evidence of Humorous Comments Concerning Slidell, Inc.

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

Dated: December 23, 2004

s/ Jeffrey W. Post
Thomas S. Fraser (#31641)
Jeffrey W. Jones (#0311418)
Jeffrey W. Post (#0271883)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3051879\1