**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counterclaimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**MILLENNIUM'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON CONRAD PORTER** |

Pursuant to the Federal Rules of Civil Procedure and this Court's Pretrial Order, Millennium moves to compel the appearance at trial of Conrad Porter, an officer of Slidell who resides outside the District and more than 100 miles from the place of trial, pursuant to a subpoena that has been served on him.

This motion is based upon the accompanying memorandum of law, the Affidavit of Matthew E. Johnson and its accompanying exhibits, and all the files and proceedings herein.

Dated: December 31, 2004

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Matthew E. Johnson

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838

Attorneys for Defendant and Counter-claimant Millennium Inorganic Chemicals Inc.