*Re:* *Slidell, Inc. v. Millennium Inorganic Chemicals Inc.*
*Court File No. 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

AFFIDAVIT OF SERVICE

**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF HENNEPIN )**

Matthew E. Johnson, of the City of St. Paul, County of Ramsey, State of Minnesota, being first duly sworn, on oath deposes and says that on the 31st day of December, 2004, at approximately 5:17 p.m., I attempted service of (1) Millennium's Motion to Compel Compliance With Subpoena Served on Conrad Porter; (2) Millennium's Memorandum of Law in Support of Its Motion to Compel Compliance With Subpoena Served on Conrad Porter; (3) Affidavit of Matthew E. Johnson Filed in Support of Millennium's Motion to Compel Compliance With Subpoena Served on Conrad Porter; and (4) Proposed Order Granting Millennium's Motion to Compel Compliance With Subpoena Served on Conrad Porter, but I was unable to approach the front door of the Fredrikson & Byron offices because the elevator was deactivated.

I served these papers in electronic form (with the exception of exhibits to the affidavit) by electronic mail on Friday, December 31, 2004 at 5:34 p.m.

I personally delivered all motion papers to Mr. Post at Fredrikson & Byron, P.A., 4000 U.S. Bank Plaza South, 200 South Sixth Street, Minneapolis, Minnesota 55402 on Saturday, January 1, 2005 at 3:16 p.m..

s/ Matthew E. Johnson
Matthew. E. Johnson

Subscribed to and sworn before me
this 4th day of January , 2005.

______________________________
Notary Public

DN: 241664