**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

*Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
Case No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2005, I electronically filed the foregoing document:

SLIDELL, INC.'S SECOND AMENDED TRIAL EXHIBIT LIST

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Scott Smith, Esq.
Matthew Johnson, Esq.
Halleland, Lewis, Nilan,
Sipkins & Johnson
220 South Sixth Street, Suite 600
Minneapolis, MN 55402

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None

Dated: January 5, 2005.

s/ Jeffrey W. Post
Jeffrey W. Post (#271883)
Attorney for Plaintiff
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
Attorney's E-mail Address

#3024845\3