UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S PROPOSED VOIR DIRE QUESTIONS**

---

In addition to the standard questions relating to the panelist's personal background information, experience in the legal system, knowledge or familiarity with the parties, products, witnesses, and attorneys, Slidell requests the following questions be asked of the jury panel:

1. Regarding any employment: (a) Describe the work you do; and (b) Describe your employer.

2. Do you, a relative, or close friend have any training or experience in engineering? If so, what kind of engineering? Explain.

3. Do you, a relative, or close friend have any training or experience in accounting? Explain.

4. Do you, a relative, or close friend have any training or experience with project management? Explain.

5. Do you, a relative or close friend have any training or experience designing computer hardware or software, computer programs or architecture? Explain.

6. Do you, a relative, or close friend have any training or experience with confidential business information, intellectual property or trade secrets in your work? Explain.

7. Do you, a relative, or close friend have any knowledge of or experience with the chemical industry? Explain.

8. Do you, a relative, or close friend have any knowledge of or experience with packaging equipment? Explain.

9. Do you, a relative, or close friend have any prior personal experience with any of the types of claims made in this case—breach of contract, broken promises, or trade secret theft?

10. Do you have any opinions or thoughts regarding large damages awarded in lawsuits?

11. Do you have any hesitancy in signing a verdict if the case is proven to involve a substantial sum of money, even millions of dollars?

12. Do you have any opinions or thoughts about a company's right to protect its proprietary business information from others?

13. What newspapers, periodicals, books have you recently read?

14. Do you have any personal experience with lawsuits, as parties, jurors, or witnesses?

15. Have you considered filing a suit against someone and then not done so?

16. Do you have any unfavorable experiences with the court system?

17. Do you have any personal experience with negotiating and signing contracts? Explain.

18. Do you use a computer? If so, for what purposes and what programs do you use?

19. Do you have any reason or other commitments that would cause a hardship on you if you served on a jury?

20. Do you think that it is reasonable for a business person to rely on the promises of a customer, even if those promises are not in a written contract?

21. Do you have any experience in dealing with English or French companies?

22. Do you have any experience in the construction industry?

23. Which do you think is more important for a business, making profits or acting ethically?

24. Do you or any of your family or friends own shares in Lyondell Chemicals? [The new owner of Millennium as of last month.]

25. Is there anything else you want to tell me that may be pertinent from what you've heard so far about this case?

Dated: January 5, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

ATTORNEYS FOR SLIDELL, INC.

#3060571\1