**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Slidell, Inc.,

Plaintiff and Counter-defendant,

v.

Millennium Inorganic Chemicals Inc.,

Defendant and Counter-claimant.

Court File No. 02-CV-213 (JRT/FLN)

**MILLENNIUM'S PROPOSED VOIR DIRE QUESTIONS**

Millennium Inorganic Chemicals, Inc., by and through its counsel, hereby submits the following questions to the Court, to be asked of prospective jurors during voir dire:

**A. Employment/Education/Related Experience**

1. What is your current employment status (e.g., full-time, unemployed, looking for work, retired, etc.)? Who is your employer?

2. What is your occupation? What are the last three jobs you have held? Please describe your duties sat work, including supervisory duties.

3. Have you, or has anyone in your immediate family, ever been self-employed or owned a business? If yes:

   a. Who?

   b. What kind of business?

   c. Is the business operating?

   d. Overall, is/was the business experience — positive, negative or neutral?

4. Have any of you ever been unemployed? If yes:

   a. How long have you been unemployed?

   b. What was your prior occupation?

5. Have you ever worked around chemicals or in a chemical related industry? If yes, please explain your work experience.

6. Have you ever worked with automated packaging equipment or in the automated packaging industry? If yes, please explain your work experience.

7. What is your spouse's occupation?

8. What is the highest level of education you have achieved? What degree(s) did you receive? What was your major?

9. Have you ever served in the military?

    a. If so, what branch?

    b. How long?

10. How many children do you have?

    a. How old are they?

    b. Do your children live with you?

11. Have any of you ever belonged to a union? If yes:

    a. How many years have you been a member of the union?

    b. Have you ever been a union representative?

**B. Knowledge of Parties, Case.**

1. Have you ever heard of a company called Slidell, Inc.? What have you heard or do you know about it?

2. Have you ever heard of a company called Millennium Inorganic Chemicals, Inc.? What have you heard or do you know about it?

3. Have you read or heard about a lawsuit involving Slidell and Millennium? What have you read or heard about this case?

4. It's important to both sides of this case that we talk with those of you who have heard something about this case and may have formed an opinion about who should win based on something other than the evidence you will hear and the law I will give you. If you have, it doesn't mean you're a biased person – it simply means that this might not be the best case for you to sit as a juror. How many of you have heard something about this case – positive or negative – and think that what you have heard will influence your judgment in this case?

**C. Corporate Attitudes (to be asked of the group):**

1. Do any of you work today, or have any of you worked in the past, for a larger corporation? For those answering affirmatively, was or is it a positive experience? Negative experience? Please explain your answer.

2. Would any of you refuse to work for a larger corporation under any circumstances? For those answering affirmatively, please explain your answer.

3. Based on your experience, what is your opinion regarding larger businesses? How many have a positive opinion? How many have a negative opinion? Please explain your answer.

4. How many of you believe that larger corporations should be held to a higher standard of responsibility than a smaller, local company? For those answering affirmatively, please explain why you feel that way.

5. How many of you believe that in business, large corporations often take advantage of smaller corporations? For those answering affirmatively, please explain why you feel that way.

6. How many of you agree with this statement: The strength of the country today is mostly based on the success of larger corporations.

7. How many of you agree with the proposition that, when a larger corporation is sued, it means the corporation probably did something wrong?

8. How many of you agree with the proposition that, when a larger corporation is sued, the corporation should have the burden to prove it did nothing wrong?

9. Does the fact that Slidell is a local, Minnesota company lead you to think that, regardless of what the evidence might show, you would be more likely to decide the case in Slidell's favor and against Millennium Inorganic Chemicals?

10. How many of you agree with the proposition that when a lawsuit makes it to trial, the claims must be valid?

11. Do you believe there should be more government regulation of larger corporations or is the current amount just right? How many of you say "more regulation is needed"? How many say "no change is needed"?

**D. Ending Voir Dire**

1. Does anyone here have any experience that didn't quite fit the questions we've asked, but is something you think either of the parties should know about? For example, does anyone have a hobby where you would tend to know more than the average person about some of the topics at issue in this trial? Has anyone done a lot of reading that might be related to this case?

2. Now that you've had a chance to look around and observe the parties, do any of you recognize anyone or think you might know anyone involved in this case?

3. Has anyone here had a negative experience with the court system or a lawyer? For those answering affirmatively -- do you feel that your experience would influence your decision-making in this case?

4. Now, some of the questions I've asked may have been difficult for you to answer in front of this large group of people. Would any of you like to discuss your answers to any of the questions or your opinions regarding this case in private?

Dated: January 5, 2005

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Scott A. Smith

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514

U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838

Attorneys for Defendant and Counter-Claimant Millennium Inorganic Chemicals Inc.