UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S PROPOSED SPECIAL VERDICT FORM**

---

Plaintiff Slidell, Inc. respectfully requests that the following Special Verdict Form be given to the Jury.

Respectfully submitted,

Dated: January 5, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
(612) 492-7000

**ATTORNEYS FOR PLAINTIFF SLIDELL, INC.**

We, the Jury in this case, make these answers to the following questions:

## SLIDELL'S CLAIMS

**QUESTION 1:** Did Millennium misappropriate Slidell's trade secrets? Please refer to Instructions 6 - 9.

**YES** __________ **NO** __________

**If you answered "Yes" to Question No. 1, GO TO QUESTION NO. 2.**
**If you answered "No," SKIP TO QUESTION NO. 5.**

**QUESTION 2:** What is the amount of the unjust enrichment of Millennium for the misappropriation of Slidell's trade secrets? Please refer to Instruction 10.

**AMOUNT:** ____________________
(state the amount or, if none, write the word "none")

**QUESTION 3:** What is the amount of compensation due to Slidell for the misappropriation of Slidell's trade secrets? Please refer to Instruction 10.

**AMOUNT:** ____________________
(state the amount or, if none, write the word "none")

**QUESTION 4:** Did Millennium **willfully and maliciously** misappropriate Slidell's trade secrets? Please refer to Instruction 11.

**YES** __________ **NO** __________

**QUESTION 5:** Did Millennium breach the contract with Slidell? Please refer to Instructions 12 - 18.

**YES** __________ **NO** __________

**If you have answered "Yes" to Question No. 5, GO TO QUESTION NO. 6.
If you answered "No," SKIP TO QUESTION NO. 8.**

**QUESTION 6:** What amount of money will fairly and adequately compensate Slidell for the breach? Please refer to Instruction 19.

a. Equipment contract:

**AMOUNT:** ____________________
(State the amount or, if none, write the word "none")

b. Installation and commissioning:

**AMOUNT:** ____________________
(State the amount or, if none, write the word "none")

c. Proprietary Information Disclosure Agreement and Operating Systems Software License Agreement (to the extent not compensated in Question No. 3):

**AMOUNT:** ____________________
(State the amount or, if none, write the word "none")

**QUESTION 7:** Did Millennium fail to pay any outstanding invoices?

**YES** _____________ **NO** ____________

**QUESTION 8:** Is Millennium liable for promissory estoppel regarding European support? Please refer to Instruction 23.

**YES** ___________ **NO** ___________

**If your answer to No. 8 was "Yes," GO TO QUESTION NO. 9.
If you answered "No," SKIP TO QUESTION NO. 11.**

**QUESTION 9:** What amount of money would compensate Slidell for its promissory estoppel claim? Please refer to Instruction 24.

**AMOUNT:** ____________________________
(state the amount or, if none, write the word "none")

**QUESTION 10:** Did Millennium promise to put the European support terms in writing?

**YES** __________ **NO** __________

**QUESTION 11:** Did Slidell perform services at Millennium's request outside the scope of the underlying contract for which Slidell was not compensated? Please refer to Instruction 25.

**YES** __________ **NO** __________

**If you answered "Yes" to Question No. 11, GO TO QUESTION NO. 12.**
**If you answered "No," GO TO INSTRUCTIONS PRECEDING QUESTION NO. 13.**

**QUESTION 12:** What is the reasonable value of the services Slidell provided? Please refer to Instruction 26.

**AMOUNT:** ________________________
(state the amount or, if none, write the word "none")

**If you answered "Yes" to Question No. 5, STOP**
**If you answered "No" to Question No. 5, GO TO QUESTION NO. 13.**

**MILLENNIUM'S COUNTERCLAIMS**

**QUESTION 13:** Did Slidell breach the contract with Millennium? Please refer to Instruction 20.

**YES** __________ **NO** __________

**If you answered "Yes" to Question No. 13, ANSWER QUESTIONS 14, 15, AND 16.**
**If you answered "No," STOP**

**QUESTION 14:** Was the equipment that Millennium contracted for "unique"? Please refer to Instruction 21.

**YES** ________________ **NO** _____________

**QUESTION 15:** Could Millennium "cover" or purchase substitute equipment for the Slidell equipment? Please refer to Instruction 22.

**YES** _________________ **NO** ______________

**QUESTION 16:** What amount of money will fairly and adequately compensate Millennium for the breach? Please refer to Instruction 19.

**AMOUNT:** ________________________
(state the amount or, if none, write the word "none")

Dated this _____ day of ___________, 2005 at ________ o'clock ___.m.

____________________________________
Foreperson

#2976445\1