UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Court File No. 02-CV-213 (JRT/FLN)

Plaintiff,

v.

**CERTIFICATE OF SERVICE OF TRIAL DOCUMENTS**

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

I hereby certify that on January 5, 2005 , I caused the following documents:

1. Slidell's Proposed Jury Instructions;

2. Slidell's Proposed Special Verdict Form; and

3. Slidell's Proposed Voir Dire Questions

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

None

Dated: January 5, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3062681\1