UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2005, I caused the following documents:

1 Notification of Conventional Filing of Slidell's Memorandum in Opposition to Millennium's Motion to Compel Compliance with Subpoena;

2 Notice of Conventional Filing of Declaration of Jeffrey W. Post Regarding Millennium's Motion to Compel Compliance with Subpoena; and

3 Notification of Conventional Filing of Declaration of James McGregor in Opposition to Millennium's Motion to Compel Compliance with Subpoena

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused copies of the:

1 Slidell's Memorandum in Opposition to Millennium's Motion to Compel Compliance with Subpoena;

2 Declaration of Jeffrey W. Post Regarding Millennium's Motion to Compel Compliance with Subpoena; and

3 Declaration of James McGregor in Opposition to Millennium's Motion to Compel Compliance with Subpoena

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

Dated: January 6, 2005

s/ Jeffrey W. Post
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3063174\1