UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

Court File No. 02-CV-213 (JRT/FLN)

v.

**CERTIFICATE OF SERVICE**

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

I hereby certify that on January 6, 2005, I caused the following documents:

1. Notice of Hearing on Slidell's Motion to Exclude the Testimony of Denny Beckman and Michael Wroe;
2. Slidell's Motion to Exclude the Testimony of Denny Beckman and Michael Wroe;
3. Notification of Conventional Filing of Slidell's Memorandum in Support of Motion to Exclude the Testimony of Denny Beckman and Michael Wroe; and
4. Notice of Conventional Filing of Affidavit of Wade S. Davis in Support Slidell's Memorandum in Support of Motion to Exclude the Testimony of Denny Beckman and Michael Wroe

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused copies of:

1. Slidell's Memorandum in Support of Motion to Exclude the Testimony of Denny Beckman and Michael Wroe; and
2. Affidavit of Wade S. Davis in Support Slidell's Memorandum in Support of Motion to Exclude the Testimony of Denny Beckman and Michael Wroe

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

Dated: January 6, 2005

s/ Wade S. Davis
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3063174\2