**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Slidell, Inc.,

Plaintiff and Counter-defendant,

v.

Millennium Inorganic Chemicals Inc.,

Defendant and Counter-claimant.

Court File No. 02-CV-213 (JRT/FLN)

**MILLENNIUM INORGANIC CHEMICALS INC.'S SECOND AMENDED WITNESS LIST**

Pursuant to Local Rule 39.1(b)(1)(C) and Paragraph 1(F) of the Court's June 28, 2004, Memorandum from the Chambers of Judge John R. Tunheim re Local Rule 39.1 Concerning Pre-Trial Procedures in Civil Jury Trials, and pursuant to the parties' agreement concerning the filing of amended witness lists, Defendant and Counterclaimant Millennium Inorganic Chemicals Inc. hereby submits its list of prospective witnesses.

| **Witness and Address** | **Description of Testimony** | **Expected to Testify** | **May Testify** |
|---|---|---|---|
| Patricia Anderson<br>3623 Harmony Church Rd.<br>Havre de Grace, MD 21078 | Pre-contract negotiations, events and issues; contract administration, performance and oversight; items covered in her deposition. | | X |
| Scott Anderson<br>895 Ridge Road<br>Owatonna, MN | Slidell's performance under the contract; items covered in his deposition. | | X |
| Celia Baynes<br>6210 Hay Canyon Road<br>Cashmere, WA 98815 | Contract administration, oversight and performance; items covered in her deposition. | X | |

| **Witness and Address** | **Description of Testimony** | **Expected to Testify** | **May Testify** |
|---|---|---|---|
| Paul Berwanger<br>1598 South Senate Avenue<br>Indianapolis, IN 46225 | Contract administration, oversight and performance; trade secret issues; items covered in his deposition. | X | |
| Julie Boreen<br>Slidell, Inc. | Slidell finances and operations; audits of Slidell; contract administration, execution and performance; European support and Slidell BV issues; items covered in her deposition. | | X |
| Jeff Brandt<br>Intertek Testing Services<br>Suite 100<br>7150 Hudson Blvd.<br>Oakdale, MN 55128 | European standards applicable to Slidell's work and Slidell's familiarity and compliance with same; items covered in his deposition. | | X |
| Michael Brewer<br>2890 E. Estrella Court<br>Gilbert, AZ 85296 | Pre-contract negotiations, events and issues; European support issues; contract administration, oversight and performance; items covered in his deposition. | | X |
| George Calvin<br>RoviSys Company<br>1455 Danner Drive<br>Aurora, OH 44202 | RoviSys' contract with Millennium for the supervisory system; execution and administration of same; trade secret issues. | | X |
| Antoine Dissaux<br>Millennium Inorganic Chemicals Inc. | Contract administration, execution and performance from the standpoint of Millennium's Le Havre plant; damages; items covered in his deposition. | | X |

| **Witness and Address** | **Description of Testimony** | **Expected to Testify** | **May Testify** |
|---|---|---|---|
| Michael Wroe<br>Millennium Inorganic Chemicals, Inc.<br>Formerly of Emerson Process Mgmt.,<br>a division of Emerson Elec. Co.<br>8301 Cameron Road<br>Austin, TX 78754 | Loop audits conducted on Millennium $TiO_2$ facilities; facts relevant to trade secret allegations. | | X |
| Dennis Beckman<br>Emerson Process Mgmt.,<br>a division of Emerson Elec. Co.<br>8301 Cameron Road<br>Austin, TX 78754 | Loop audits conducted on Millennium $TiO_2$ facilities; facts relevant to trade secret allegations. | | X |
| Grant Thornton, L.L.P.<br>Custodian of Records<br>Suite 500<br>200 South Sixth Street,<br>Minneapolis, MN 55402 | Foundation for admissibility of business records possessed and produced by Grant Thornton, L.L.P. | | X |
| Tom Hanson<br>Slidell, Inc. | Contract administration, execution and performance; computer programming; design issues; supervisory system issues; and trade secret issues. | | X |
| Brian Hamper<br>8147 Tollbridge Court<br>West Chester, OH 45069 | Contract administration, execution and performance; items covered in his deposition. | X | |
| David Hughes<br>Millennium Inorganic Chemicals Inc. | Pre-contract negotiations, events and issues; contract administration, performance and oversight; damages; items covered in his deposition. | X | |
| Intertek Testing Services<br>Custodian of Records<br>Suite 100<br>7150 Hudson Blvd.<br>Oakdale, MN 55128 | Foundation for admissibility of business records possessed and produced by Intertek Testing Services. | | X |

| **Witness and Address** | **Description of Testimony** | **Expected to Testify** | **May Testify** |
|---|---|---|---|
| Randy Kruckeberg<br>302½ North Cedar Avenue<br>Owatonna, MN 55060 | Contract administration, execution and performance; electrical engineering; design issues; European standards; wire colors. | | X |
| J. Derrick Lewis<br>DuPont Company<br>1950 DuPont Road<br>New Johnsonville, TN | DuPont's purchase of TiO2 packaging equipment for its facilities; items covered in his deposition. | | X |
| James McGregor<br>Slidell, Inc. | Pre-contract negotiations, events and issues; contract administration, execution and performance; European support and Slidell BV issues; trade secret issues; damages; items covered in his deposition. | X | |
| Mary McGregor<br>Slidell, Inc. | Pre-contract negotiations, events and issues; contract administration, execution and performance; European support and Slidell BV issues; trade secret issues; items covered in her deposition. | | X |
| Reza Nikain<br>Nielsen-Wurster Group<br>345 Wall Street<br>Princeton, NJ 08540 | Expert testimony on project management and performance; items covered in his expert report and deposition. | X | |
| Brian Polaski<br>RoviSys Company<br>1455 Danner Drive<br>Aurora, OH 44202 | RoviSys' contract with Millennium for the supervisory system; execution and administration of same; trade secret issues; items covered in his deposition. | X | |
| Conrad Porter<br>Slidell, Inc | Pre-contract negotiations, events and issues; contract administration, execution and performance; European support and Slidell BV issues; trade secret issues; damages; items covered in his deposition. | X | |

| **Witness and Address** | **Description of Testimony** | **Expected to Testify** | **May Testify** |
|---|---|---|---|
| Mark Ramsay<br>10304 Congressional<br>Ellicott City, MD 21042 | Contract administration, execution and performance; European support issues; items covered in his deposition. | | X |
| James Ravelle<br>Grant Thornton, L.L.P.<br>Suite 500<br>200 South Sixth Street,<br>Minneapolis, MN 55402 | Slidell's financials and financial recordkeeping; damages. | | X |
| Ronald Root<br>Millennium Inorganic Chemicals Inc. | Pre-contract negotiations, events and issues; contract administration, execution and performance; European support and Slidell BV issues; trade secret issues; damages; items covered in his deposition. | X | |
| Nick Sands<br>Millennium Inorganic Chemicals Inc. | Contract administration, execution and performance from the standpoint of Millennium's Stallingborough plant; damages; items covered in his deposition. | X | |
| Aaron Skogen<br>15110 SW 72nd Avenue<br>Ellendale, MN 56026 | Contract administration, execution and performance; items covered in his deposition. | | X |
| Kim Szeg<br>2208 South Sorrelle Ave<br>Mesa, AZ 85212 | Pre-contract negotiations, events and issues; items covered in his deposition. | | X |
| William Vogtmann<br>Millennium Inorganic Chemicals Inc. | Contract administration, execution and performance; items covered in his deposition. | X | |

| Witness and Address | Description of Testimony | Expected to Testify | May Testify |
|---|---|---|---|
| Phil Williams<br>Slidell, Inc. | Pre-contract negotiations, events and issues; contract administration, execution and performance; European support and Slidell BV issues; trade secret issues; damages; items covered in his deposition. | X | |
| Phillip S. Williams<br>Larson, Allen, Weishair & Co., L.L.P.<br>Suite 300<br>220 South Sixth Street<br>Minneapolis, MN 55402 | Expert testimony regarding damages; items covered in his expert report and deposition. | X | |
| Any witness listed by Slidell Inc. | | | X |
| Rebuttal witnesses, if necessary | | | X |

Dated: January 7, 2005

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Scott A. Smith

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
U.S. Bank Plaza South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Facsimile: (612) 338-7858

Attorneys for Defendant and Counter-Claimant
Millennium Inorganic Chemicals Inc.

DN 232 738 .03