**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Slidell, Inc.,

Plaintiff and Counterdefendant,

v.

Millennium Inorganic Chemicals Inc.,

Defendant and Counterclaimant.

Court File No. 02-CV-213 (JRT/FLN)

**NOTIFICATION OF CONVENTIONAL FILING OF THE AFFIDAVIT OF MATTHEW E. JOHNSON FILED IN OPPOSITION TO SLIDELL'S MOTION TO EXCLUDE THE TESTIMONY OF DENNY BECKMAN AND MICHAEL WROE**

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

1. *AFFIDAVIT OF MATTHEW E. JOHNSON FILED IN OPPOSITION TO SLIDELL'S MOTION TO EXCLUDE THE TESTIMONY OF DENNY BECKMAN AND MICHAEL WROE*

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

_____ Voluminous Document* (Document number of order granting leave to file conventionally: _____)

_____ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

_____ Physical Object (description):

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal* (Document number of protective order: 32 dated 11-15-02)

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: _____)

_____ Other (description):

*Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder for the documents filed conventionally. A copy of t his Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).