*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

**CERTIFICATE OF SERVICE**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on January 10, 2005, I caused the following document:

1. Millennium's Memorandum of Law in Opposition to Slidell's Motion to Exclude the Testimony of Denny Beckman and Michael Wroe; and
2. Affidavit of Matthew E. Johnson Filed in Opposition to Slidell's Motion to Exclude the Testimony of Denny Beckman and Michael Wroe

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda M. Cialkowski (acialkowski@halleland.com)
Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Scott A. Smith (ssmith@halleland.com)

Dated: January 10, 2005

s/ Matthew E. Johnson
Matthew E. Johnson

DN: 242221