UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**NOTICE OF HEARING ON SLIDELL'S MOTION REQUESTING JURY INSTRUCTION REGARDING THE DUTY OF GOOD FAITH AND FAIR DEALING**

**(ORAL ARGUMENT REQUESTED)**

---

**PLEASE TAKE NOTICE** that Plaintiff Slidell, Inc. ("Slidell") will bring a Motion Requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing before the Honorable John R. Tunheim, United States District Court Judge, at the United States District Court, Suite 13E, 300 South Fourth Street, Minneapolis, Minnesota 55415, at a date and time to be determined by the Court.

Dated: January 10, 2005

s/ Wade S. Davis

Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3064008\1