UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**NOTICE OF HEARING ON SLIDELL'S MOTION TO EXCLUDE LATE PRODUCED ROVISYS DOCUMENT**

**(ORAL ARGUMENT REQUESTED)**

---

**PLEASE TAKE NOTICE** that Plaintiff Slidell, Inc. ("Slidell") will bring a Motion to Exclude Late Produced RoviSys Document before the Honorable John R. Tunheim, United States District Court Judge, at the United States District Court, Suite 13E, 300 South Fourth Street, Minneapolis, Minnesota 55415, at a date and time to be determined by the Court.

Dated: January 10, 2005

s/ Wade S. Davis
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3064276\1