UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Court File No. 02-CV-213 (JRT/FLN)

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

**NOTIFICATION OF CONVENTIONAL FILING OF AFFIDAVIT OF JEFFREY W. POST IN SUPPORT OF SLIDELL'S MOTION TO EXCLUDE LATE PRODUCED ROVISYS DOCUMENT**

---

This document is e-filed as a place holder for the following item which is filed in conventional or physical form only, and is on file with the Clerk's Office. If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the e-filing system allows)*

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (*Docket number of Protective Order: 32)*

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

* Filing of these items requires Judicial Approval.