UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 10, 2005, I caused the following documents:

1 Notice of Hearing on Slidell's Motion Requesting Jury Instructions Regarding Millennium's Spoliation of Evidence;

2 Motion Requesting Jury Instructions Regarding Millennium's Spoliation of Evidence;

3 Notification of Conventional Filing of Memorandum in Support of Slidell's Motion Requesting Jury Instructions Regarding Millennium's Spoliation of Evidence;

4 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Motion Requesting Jury Instructions Regarding Millennium's Spoliation of Evidence;

5 Notice of Hearing on Slidell's Motion in Opposition to Millennium's Breach of Contract Instruction;

6 Slidell's Motion in Opposition to Millennium's Breach of Contract Instruction;

7 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Motion in Opposition to Millennium's Breach of Contract Instruction;

8 Notification of Conventional Filing of Memorandum in Support of Slidell's Motion in Opposition to Millennium's Breach of Contract Instruction;

9 Notice of Hearing on Slidell's Motion requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing;

10 Slidell's Motion Requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing;

11 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Motion Requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing;

12 Notification of Conventional Filing of Memorandum in Support of Slidell's Motion Requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing;

13 Notice of Hearing on Slidell's Motion to Exclude Late Produced Rovisys Document;

14 Motion to Exclude Late Produced Rovisys Document;

15 Notification of Conventional Filing of Memorandum in Support of Slidell's Motion to Exclude Late Produced Rovisys Document;

16 Notification of Conventional Filing of Affidavit of Jeffrey W. Post in Support of Slidell's Motion to Exclude Late Produced Rovisys Document;

17 Notice of Hearing on Slidell's Motion to Present Promissory Estoppel Claim to Jury;

18 Slidell's Motion to Present Promissory Estoppel Claim to Jury; and

19 Notification of Conventional Filing of Memorandum in Support of Slidell's Motion to Present Promissory Estoppel Claim to Jury;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused copies of the:

1. Memorandum in Support of Slidell's Motion Requesting Jury Instructions Regarding Millennium's Spoliation of Evidence;

2. Affidavit of Jeffrey W. Post in Support of Slidell's Motion Requesting Jury Instructions Regarding Millennium's Spoliation of Evidence;

3. Memorandum in Support of Slidell's Motion in Opposition to Millennium's Breach of Contract Instruction;

4. Affidavit of Jeffrey W. Post in Support of Slidell's Motion in Opposition to Millennium's Breach of Contract Instruction;

5. Affidavit of Jeffrey W. Post in Support of Slidell's Motion Requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing;

6. Memorandum in Support of Slidell's Motion Requesting Jury Instruction Regarding the Duty of Good Faith and Fair Dealing;

7. Memorandum in Support of Slidell's Motion to Exclude Late Produced Rovisys Document;

8. Affidavit of Jeffrey W. Post in Support of Slidell's Motion to Exclude Late Produced Rovisys Document; and

9. Memorandum in Support of Slidell's Motion to Present Promissory Estoppel Claim to Jury

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

I further certify that I caused the proposed Orders granting the foregoing Motions to be filed with the court via e-mail to the following judge who is hearing the motions:

The Honorable John R. Tunheim at tunheim_chambers@mnd.uscourts.gov

and I certify that I caused the proposed Orders to be e-mailed or mailed, as noted below, to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

Dated: January 10, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3063099\1