*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

**CERTIFICATE OF SERVICE**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on January 10, 2005, I caused the following document:

1. Millennium Inorganic Chemicals, Inc.'s Second Amended Trial Exhibit List

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda M. Cialkowski (acialkowski@halleland.com)
Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Matthew E. Johnson (mjohnson@halleland.com)

Dated: January 10, 2005

s/ Scott A. Smith
Scott A. Smith