# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | January 12, 2005 |
| Court Reporter: | Kristine Mousseau-a.m.<br>Lori Simpson-p.m. |
| Time Commenced: | 9:25 a.m. |
| Time Concluded: | 5:45 p.m. |
| Time in Court: | 7 hours and 20 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

## PROCEEDINGS:

: **Jury Selection.**
: **JURY Trial - Began**.
: Jury impaneled
: Opening statements.
: Trial continued to January 12, 2005 at 9:00 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk