UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 18, 2005, I caused the following documents:

1. Notification of Conventional Filing of Slidell's Memorandum In Support Of Admitting Evidence Regarding Process Variability

2. Notification of Conventional Filing of Affidavit Of Jeffrey W. Jones In Support Of Slidell's Memorandum In Support Of Admitting Evidence Regarding Process Variability

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused copies of the:

1. Slidell's Memorandum In Support Of Admitting Evidence Regarding Process Variability

2. Affidavit Of Jeffrey W. Jones In Support Of Slidell's Memorandum In Support Of Admitting Evidence Regarding Process Variability

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

Dated: January 18, 2005

s/ Jeffrey W. Post
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3067964\1