# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

**COURT MINUTES**
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | January 20, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 8:48 a.m. |
| Time Concluded: | 12:35 p.m. |
| Time in Court: | 3 hours 47 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to January 24, 2005 at 9:00 a.m.
: Plaintiff's witnesses: James McGregor – continued

s/Sarah E. Bagwell
Signature of Calendar Clerk