*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

**CERTIFICATE OF SERVICE**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on January 28, 2005, I caused the following documents:

1. Millennium's Amended Proposed Jury Instructions;
2. Millennium's Preliminary Objections to Slidell's Proposed Jury Instructions; and
3. Millennium's Memorandum Concerning the Parties' Proposed Jury Instructions on Various Contract Law Issues,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda M. Cialkowski (acialkowski@halleland.com)
Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Scott A. Smith (ssmith@halleland.com)

Dated: January 28, 2005

s/ Matthew E. Johnson
Matthew E. Johnson