UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Court File No. 02-CV-213 (JRT/FLN)

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

I hereby certify that on January 28, 2005, I caused the following documents:

1. Notification of Conventional Filing of Slidell's Memorandum in Support of Offering Jury Instruction Regarding Burden of Proof in Trade Secret Damages

2. Notification of Conventional Filing of Affidavit of Wade S. Davis in Support of Slidell's Memorandum in Support of Offering Jury Instruction Regarding Burden of Proof in Trade Secret Damages

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

None

I further certify that I caused copies of the:

1. Slidell's Memorandum in Support of Offering Jury Instruction Regarding Burden of Proof in Trade Secret Damages

2. Affidavit of Wade S. Davis in Support of Slidell's Memorandum in Support of Offering Jury Instruction Regarding Burden of Proof in Trade Secret Damages

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

Dated: January 28, 2005

s/ Wade S. Davis
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#326860)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3073073\1