# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES
Case Number: 02-213 (JRT/FLN)

Date: January 27, 2005
Court Reporter: Kristine Mousseau - a.m.
Tim Willette/Lori Simpson - p.m.
Time Commenced: 9:34 a.m.
Time Concluded: 4:20 p.m.
Time in Court: 7 hours 25 minutes

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post/Jeffrey W. Jones
For Defendant: Michael T. Nilan/Scott A. Smith/Matthew Johnson/Amanda M. Cialkowski

## PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to January 28, 2005 at 9:00 a.m.
: Plaintiff's witnesses: Phil Williams - continued

s/Sarah E. Bagwell
Signature of Calendar Clerk