**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

*Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
Case No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2005, I electronically filed the foregoing documents:

SLIDELL, INC.'S SIXTH AMENDED TRIAL EXHIBIT LIST

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None

Dated: February 17, 2005.

s/ Jeffrey W. Post
Thomas S. Fraser (#31641)
Jeffrey W. Post (#271883)
Jeffrey W. Jones (#311418)
Wade S. Davis (#326860)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

ATTORNEYS FOR PLAINTIFF

#3024845\5