UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Court File No. 02-CV-213 (JRT/FLN)

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

Millennium Inorganic Chemicals, Inc.,

Defendant.

---

I hereby certify that on January 10, 2005, I caused the following documents:

NOTIFICATION OF CONVENTIONAL FILING OF SLIDELL'S MEMORANDUM IN RESPONSE TO MILLENNIUM'S MOTION FOR A DIRECTED VERDICT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused copies of the:

SLIDELL'S MEMORANDUM IN RESPONSE TO MILLENNIUM'S MOTION FOR A DIRECTED VERDICT

to be personally served upon Matthew E. Johnson, Esq. and Scott A. Smith, Esq. at:

Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501

Dated: February 17, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3082325\1