# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

**COURT MINUTES**
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 10, 2005 |
| Court Reporter: | Kristine Mousseau - a.m.<br>Tim Willette - p.m. |
| Time Commenced: | 8:45 a.m. |
| Time Concluded: | 5:05 p.m. |
| Time in Court: | 5 hours and 40 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to Friday, February 11, 2005 at 8:30 a.m.
: Plaintiff's witness: Brian Hamper, Timothy Dowdle, Antonine Dissoux, David Hughes and Arthur Cobb.

s/Sarah E. Bagwell
Signature of Calendar Clerk