# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 11, 2005 |
| Court Reporter: | Kristine Mousseau - a.m. |
| | Tim Willette - p.m. |
| Time Commenced: | 8:45 a.m. |
| Time Concluded: | 2:40 p.m. |
| Time in Court: | 4 hours and 55 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

## PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to Tuesday, February 15, 2005 at 11 a.m.
: Plaintiff's witness: Paul Berwanger and Arthur Cobb.

s/Sarah E. Bagwell
Signature of Calendar Clerk