# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 15, 2005 |
| Court Reporter: | Kristine Mousseau - a.m.<br>Tim Willette - p.m. |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 6 hours |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to Wednesday, February 16, 2005 at 9:00 a.m.
: Plaintiff's witness: Jim McGregor.
: Defendant's witness: Ron Root

IT IS SO ORDERED:

Plaintiff's Motion to Exclude Late Produced RoviSys Document [Doc. No. 325] IS DENIED .

s/Sarah E. Bagwell
Signature of Calendar Clerk