# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES

Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 16, 2005 |
| Court Reporter: | Kristine Mousseau - a.m.<br>Tim Willette - p.m. |
| Time Commenced: | 9:05 a.m. |
| Time Concluded: | 5:05 p.m. |
| Time in Court: | 7 hours |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

## PROCEEDINGS:

- : **JURY Trial Held.**
- : Trial continued to Thursday, February 17, 2005 at 9:30 a.m.
- : Defendant's witness: Ron Root, Antoine Dissoux, James Lewis.

s/Sarah E. Bagwell
Signature of Calendar Clerk