# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

**COURT MINUTES**
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 21, 2005 |
| Court Reporter: | Kristine Mousseau - a.m. |
| | Tim Willette - p.m. |
| Time Commenced: | 11:23 a.m. |
| Time Concluded: | 5:03 p.m. |
| Time in Court: | 6 hours 26 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

## PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to Tuesday, February 22, 2005 at 8:30 a.m.
: Defendant's witness: William Vogtmann.

s/Sarah E. Bagwell
Signature of Calendar Clerk