**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

SLIDELL, INC.,

Plaintiff,

v.

MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant.

Civil No. 02-213 (JRT/FLN)

**RESPONSE TO QUESTION NUMBER ONE**

---

In response to the jury's question, the Court provides the following answer:

**Question:** We would like a definition of "unconscionable."

**Answer: Unconscionable means having no conscience; unscrupulous; showing no regard for conscience; affronting the sense of justice, decency, or reasonableness.**

February 24, 2005
12:00 p.m.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge