**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

SLIDELL, INC.,

Plaintiff,

v.

MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant.

Civil No. 02-213 (JRT/FLN)

**RESPONSE TO QUESTION NUMBER TWO**

---

In response to the jury=s question, the Court provides the following answer:

**Question:** If we need another day (one of the jurors has to leave at 3:30 for a previously scheduled meeting), how do we handle it since another juror leaves tomorrow morning for a week's vacation?

**Answer: The Court suggests that you continue to deliberate on Friday, in which case the juror who is leaving on vacation will be excused from further deliberations on this case.**

February 24, 2005
2:45 p.m.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge