# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 22, 2005 |
| Court Reporter: | Kristine Mousseau - a.m.<br>Tim Willette - p.m. |
| Time Commenced: | 8:42 a.m. |
| Time Concluded: | 9:30 p.m. |
| Time in Court: | 10 hours 48 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

PROCEEDINGS:

: **JURY Trial Held.**
: Trial continued to Wednesday, February 23, 2005 at 8:00 a.m.
: Defendant's witness: Paul Berwanger, Phillip Williams, Phil Williams, Jim McGregor.
: Charge Conference held and continued to Thursday, February 23, 2005 at 7:30 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk