# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

**COURT MINUTES**
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 23, 2005 |
| Court Reporter: | Kristine Mousseau-a.m.<br>Tim Willette - p.m. |
| Time Commenced: | 7:50 a.m. |
| Time Concluded: | 4:20 p.m. |
| Time in Court: | 5 hours 30 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post/Wade Davis
For Defendant: Michael T. Nilan/Scott A. Smith/Matthew E. Johnson/Amanda M. Cialkowski

PROCEEDINGS:

: **JURY Trial Held.**
: Closing arguments heard.
: Jury received case at 4:42 p.m.
: Jury returned at 5:10 p.m. without verdict.

IT IS ORDERED: to separate and to return and resume deliberations on Thursday, February 24, 2005 at 9:00 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk