# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Slidell, Inc.,
Plaintiff,
v.

Millennium Inorganic Chemicals, Inc.,
Defendant.

## COURT MINUTES
Case Number: 02-213 (JRT/FLN)

| | |
|---|---|
| Date: | February 24, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:08 p.m. |
| Time Concluded: | 3:19 p.m. |
| Time in Court: | 11 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Thomas S. Fraser/Jeffrey W. Post
For Defendant: Michael T. Nilan/Scott A. Smith/Amanda M. Cialkowski

## PROCEEDINGS:

: Verdict Rec'd at 3:08 p.m.
: Jurors polled.

## IT IS ORDERED:

: Clerk to file Verdict, but withhold entry of Judgment until further order.

CLERK'S USE ONLY:

: Number of trial days with evidence: 23 days.

s/Sarah E. Bagwell
Signature of Calendar Clerk