2/24/05
11:05 AM

# JUROR QUESTION

*SLIDELL, INC.*
*V.*
*MILLENNIUM INORGANIC CHEMICALS, INC.*

CIVIL NO. 02-213 (JRT/FLN)

We would like a definition of "unconscionable."
~~We would also like a dictionary.~~

DATE: 2/24/05

JUROR'S SIGNATURE

SCANNED
FEB 24 2005
U.S. DISTRICT COURT MPLS