2-24-05
1:55 pm

# JUROR QUESTION

*SLIDELL, INC.*
*V.*
*MILLENNIUM INORGANIC CHEMICALS, INC.*

CIVIL NO. 02-213 (JRT/FLN)

If we need another day (one of the jurors has to leave at 3:30 for a previously scheduled mtg) how do we handle it since another juror leaves tomorrow morning for a week's vacation?

DATE: Feb 24, 05

JUROR'S SIGNATURE

SCANNED
FEB 24 2005
U.S. DISTRICT COURT MPLS