**Scott A. Smith**
**Direct Dial: 612.204-4117**
**Email: ssmith@halleland.com**

February 28, 2005

***Via ECF***

Honorable John R. Tunheim
U.S. District Court for the District of Minnesota
Suite 13E
300 South Fourth Street
Minneapolis, Minnesota 55415

RE: **Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.**
Case No. 02-CV-213 (JRT/FLN) (D. Minn.)
Our File No. 50467-0001

Dear Judge Tunheim:

On behalf of Millennium, and as per the procedures outlined by the Court following the reading of the verdict form last Thursday, we seek the Court's permission to contact each of the jurors who served during the trial of this case.

I understand that the Court will write a letter to each of the jurors indicating that we are requesting permission to speak with them. If we are allowed to contact them, we understand that the initial contact from our office must be in writing to them, to ask if they wish to speak with us. We will, of course, follow that procedure.

Thank you for all of your attention to this matter and to the many courtesies you and your staff extended to us during trial. It was a pleasure to try this case before you.

Very truly yours,

s/ Scott A. Smith

SAS:tz
cc: Thomas Fraser, Esq.
Jeffrey Post, Esq.