**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SLIDELL, INC.,

Plaintiff,

v.

MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant.

Civil 02-0213 (JRT/FLN)

**ORDER**

---

Thomas S. Fraser and Jeffrey W. Post, FREDRIKSON & BYRON, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota 55402, for plaintiff.

Michael Nilan, Scott Smith and Amanda Cialkowski, HALLELAND LEWIS NILAN AND JOHNSON, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota 55402, for defendant.

The parties have requested permission to contact the jurors who served in the trial of this case. Plaintiffs' and defendants' counsel may be allowed to contact the jurors after jurors' service of jury duty is completed. However, counsel may contact the jurors initially only by letter.

**IT IS HEREBY ORDERED** that plaintiffs' request to obtain the full name and address of each juror who sat in the above-entitled matter is **GRANTED.**

The Court's Jury Clerk shall provide plaintiffs' and defendants' counsel with the jurors' full names and addresses.

Dated: March 8, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge