UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**STIPULATION OF DISSOLUTION OF PRELIMINARY INJUNCTION**

---

The parties, through their undersigned attorneys, hereby stipulate and agree that the Court shall dissolve the preliminary injunction issued on April 17, 2002 (Docket No. 17) as per the terms of the parties' accompanying proposed order. The parties further stipulate and agree that the Court's dissolution of the injunction in no way constitutes any finding by the Court or admission by either party that Slidell was, or was not, "wrongfully enjoined or restrained" within the meaning of Rule 65(c) of the Federal Rules of Civil Procedure, or that Slidell suffered any harm or damage as a consequence thereof. Nothing contained in this stipulation or the Court's dissolution of the preliminary injunction is intended to bar (1) Slidell from asserting such claims, if any, it may have upon the injunction bond pursuant to Rules 65(c) and 65.1 of the Federal Rules of Civil Procedure, or (2) Millennium and its surety from asserting such defenses, if any, they may have to any claim Slidell might assert upon the injunction bond. The parties intend to preserve any and all rights, claims and defenses they may possess relative to the injunction bond, the Court's dissolution of the preliminary injunction notwithstanding.

Dated: March 9, 2005

Thomas Fraser

Thomas S. Fraser (#31641)
Jeffrey W. Post (#271883)
Jeffrey W. Jones (#311418)
Wade S. Davis (#326860)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

ATTORNEYS FOR SLIDELL, INC.

Dated: March 9, 2005

Michael T. Nilan (#79224)
Scott A. Smith (#174026)
Matthew E. Johnson (#235945)
Amanda M. Cialkowski (#306514)
HALLELAND LEWIS NILAN &
JOHNSON, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402
Tel: 612-338-1838
Fax: 612-338-7858

ATTORNEYS FOR MILLENNIUM
INORGANIC CHEMICALS, INC.

#3087674\1