UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**ORDER DISSOLVING PRELIMINARY INJUNCTION**

Thomas S. Fraser and Jeffrey W. Post, FREDRIKSON & BYRON, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota 55402, for plaintiff.

Michael Nilan, Scott Smith and Amanda Cialkowski, HALLELAND LEWIS NILAN AND JOHNSON, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota 55402, for defendant.

This Case is before the Court upon the parties' stipulation for dissolution of the preliminary injunction heretofore issued by the Court on April 17, 2002 [Docket No. 17]. Based upon the aforesaid stipulation, the Court hereby ORDERS that the preliminary injunction is hereby DISSOLVED as per the terms of the parties' stipulation, without prejudice to such claims and defenses, if any, the parties and Millennium's surety may possess relating to the injunction bond previously provided by Millennium in this matter.

Dated: March 14, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Court Judge