**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**SLIDELL, INC.,** Civil No. 02-0213 (JRT/FLN)

Plaintiffs,

v. **ORDER**

**MILLENNIUM INORGANIC,**

Defendant.

---

Thomas S. Fraser and Jeffrey W. Post, **FREDRIKSON & BYRON**, 200 South Sixth Street, Suite 4000, Minneapolis, Minnesota 55402, for plaintiff.

Michael T. Nilan and Scott A. Smith, **HALLELAND LEWIS NILAN SIPKINS & JOHNSON**, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota 55402, for defendant.

This action came on for trial before the Court and a jury, United States District Judge John R. Tunheim presiding on January 11-February 23, 2005. The Clerk is hereby directed to enter judgment in this case.

DATED: March 31, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge