# UNITED STATES DISTRICT COURT
## District of Minnesota

**SLIDELL, INC.,**

V.

**MILLENNIUM INORGANIC,**

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-213 (JRT/FLN)

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of Slidell, Inc, in the amount of $650,000.00.

Judgment is entered in favor of Millennium Inorganic in the amount of $4,822,850.64.

March 31, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk

Approved by: s/John R. Tunheim
John R. Tunheim
United States District Judge