**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counter-claimant. | ) | Court File No. 02-CV-213 (JRT/FLN)<br><br>**MILLENNIUM'S NOTICE OF MOTION TO AMEND THE JUDGMENT TO ADD PREJUDGMENT INTEREST** |

TO: Plaintiff and Counter-Defendant, Slidell, Inc., and its counsel, Thomas S. Fraser, Esq., and Jeffrey W. Post, Esq., Fredrikson & Byron, P.A., 4000 U.S. Bank Plaza, 200 South Sixth Street, Minneapolis, Minnesota 55402

PLEASE TAKE NOTICE that, at a date and time to be determined, before the Honorable John R. Tunheim, in Courtroom 13E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant and Counter-claimant, Millennium Inorganic Chemicals, Inc., by and through counsel, will bring a motion to amend the judgment to include prejudgment interest.

Dated: April 14, 2005

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Amanda M. Cialkowski

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

Attorneys for Defendant and Counterclaimant
Millennium Inorganic Chemicals Inc.