**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counter-claimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**MILLENNIUM'S MOTION TO AMEND THE JUDGMENT TO ADD PREJUDGMENT INTEREST** |

TO: Plaintiff and Counter-Defendant, Slidell, Inc., and its counsel, Thomas S. Fraser, Esq., and Jeffrey W. Post, Esq., Fredrikson & Byron, P.A., 4000 U.S. Bank Plaza, 200 South Sixth Street, Minneapolis, Minnesota 55402

Defendant and Counterclaimant, Millennium Inorganic Chemicals, Inc., by and through counsel, moves this Court pursuant to Federal Rule of Civil Procedure 59(e), Local Rule 7.1 and Minn. Stat. § 540.09 to amend the judgment to include prejudgment interest as follows:

(1) awarding pre-verdict interest in the amount of $495,499.56;

(2) awarding post-verdict interest in the amount of $20,399.05;

(3) thus amending the amount of judgment to $5,338,751.25.

This motion based on all of the files, records, and proceedings herein, including Millennium's Memorandum in support of the Motion and the Affidavit of Amanda M. Cialkowski.

Dated: April 14, 2005

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Amanda M. Cialkowski

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1838

Attorneys for Defendant and Counterclaimant
Millennium Inorganic Chemicals Inc.