**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counter-claimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**AFFIDAVIT OF AMANDA M. CIALKOWSKI FILED IN SUPPORT OF MILLENNIUM'S MOTION TO ADD PREJUDGMENT INTEREST** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

AMANDA M. CIALKOWSKI, after being duly sworn upon his oath, hereby deposes and states the following:

1. I am an attorney licensed to practice law in the State of Minnesota. I am one of the attorneys representing Millennium Inorganic Chemicals Inc. ("Millennium") in this action.

2. Attached as Exhibit A is a true and correct copy of the Special Verdict completed by the jury on February 24, 2005.

3. Attached as Exhibit B is a true and correct copy of the judgment entered by this Court on March 31, 2005.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/ Amanda M. Cialkowski
Amanda M. Cialkowski

Subscribed and sworn to before me
this 14th day of April 2005.

s/ Kathleen A. Kullmann
Notary Public -- Minnesota