# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SLIDELL, INC.,

Plaintiff,

v.

MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant.

Civil No. 02-213 (JRT/FLN)

**SPECIAL VERDICT FORM**

We, the Jury in this case, make these answers to the following questions:

**Question 1:** Did Millennium breach the contract with Slidell? Please refer to Jury Instruction 12.

**YES** X **NO** ____

**IF YOUR ANSWER IS "YES," GO TO QUESTION 2.**
**IF YOUR ANSWER IS "NO," GO TO QUESTION 4.**

SCANNED
FEB 24 2005
U.S. DISTRICT COURT MPLS

FILED 2/24/2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Question 2:** Was Millennium's breach legally justified? Please refer to Jury Instruction 13.

**YES** X **NO** ____

**IF YOUR ANSWER IS "YES," GO TO QUESTION 4.**
**IF YOUR ANSWER IS "NO," GO TO QUESTION 3.**

**Question 3:** What amount of damages, if any, will fairly and adequately compensate Slidell for the harm caused by Millennium's breach? Please refer to Jury Instructions 14 and 15.

a. Equipment Contract:

**ANSWER:** ____________________
(state the amount, or, if none, write the word "none")

b. Installation, Commissioning, and Training:

**ANSWER:** ____________________
(state the amount, or, if none, write the word "none")

c. Proprietary Information Disclosure Agreement and Operating Systems Software License Agreement:

**ANSWER:** ____________________
(state the amount, or, if none, write the word "none")

**IF YOU ANSWERED QUESTION 3, THEN SKIP TO QUESTION 7.**

**Question 4:** Did Slidell breach the contract with Millennium? Please refer to Jury Instruction 12.

**YES** X **NO** ____

**IF YOUR ANSWER IS "YES," GO TO QUESTION 5.**
**IF YOUR ANSWER IS "NO," GO TO QUESTION 7.**

**Question 5:** Was Slidell's breach legally justified? Please refer to Jury Instruction 13.

**YES** ____ **NO** X

**IF YOUR ANSWER IS "YES," GO TO QUESTION 7.**
**IF YOUR ANSWER IS "NO," GO TO QUESTION 6.**

**Question 6:** What amount of damages, if any, will fairly and adequately compensate Millennium for the harm caused by Slidell's breach? Please refer to Jury Instructions 14 and 15.

**ANSWER:** $4,822,850.64
(state the amount, or, if none, write the word "none")

**Question 7:** Is the confidential information on which Slidell bases its trade secrets claim a trade secret as defined in Jury Instruction 17?

**YES** _____ **NO** X

**IF YOUR ANSWER IS "YES," GO TO QUESTION 8.**
**IF YOUR ANSWER IS "NO," GO TO QUESTION 11.**

**Question 8:** Did Millennium misappropriate Slidell's trade secrets? Please refer to Jury Instruction 16.

**YES** _____ **NO** _____

**IF YOUR ANSWER IS "YES," GO TO QUESTION 9.**
**IF YOUR ANSWER IS "NO," GO TO QUESTION 11.**

**Question 9:** What is the amount, if any, of Slidell's actual loss and Millennium's unjust enrichment resulting from the misappropriation of Slidell's trade secrets? Please refer to Jury Instruction 18.

**ANSWER:** ____________________
(state the amount, or, if none, write the word "none")

**Question 10:** Was Millennium's misappropriation willful and malicious? Please refer to Jury Instruction 19.

**YES** _____ **NO** _____

**Question 11:** Has Slidell proved each of the essential elements of its promissory estoppel claim regarding European field support services? Please refer to Jury Instruction 20.

**YES** X **NO** ____

**IF YOUR ANSWER IS "YES," GO TO QUESTION 12.**

**IF YOUR ANSWER IS "NO," DO NOT ANSWER QUESTION 12. YOU HAVE COMPLETED YOUR VERDICT. PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.**

**Question 12:** What amount of damages, if any, will fairly and adequately compensate Slidell for its promissory estoppel claim? Please refer to Jury Instruction 21.

**ANSWER:** $650,000
(state the amount, or, if none, write the word "none")

**YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.**

[signature] 2/24/05
FOREPERSON'S SIGNATURE DATE

# EXHIBIT B

✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

**SLIDELL, INC.,**

V.

**MILLENNIUM INORGANIC,**

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-213 (JRT/FLN)

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of Slidell, Inc, in the amount of $650,000.00.

Judgment is entered in favor of Millennium Inorganic in the amount of $4,822,850.64.

March 31, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk

Approved by: s/John R. Tunheim
John R. Tunheim
United States District Judge