*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

**CERTIFICATE OF SERVICE**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on April 14, 2005, I caused the following documents:

1. Millennium's Notice of Motion to Amend the Judgment to Add Prejudgment Interest;

2. Millennium's Motion to Amend the Judgment to Add Prejudgment Interest;

3. Memorandum in Support of Millennium's Motion for Prejudgment Interest; and

4. Affidavit of Amanda M. Cialkowski Filed in Support of Millennium's Motion to Add Prejudgment Interest.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Scott A. Smith (ssmith@halleland.com
Matthew E. Johnson (mjohnson@halleland.com)

s/ Amanda M. Cialkowski
Amanda M. Cialkowski