**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counter-claimant. | ) | Court File No. 02-CV-213 (JRT/FLN)<br><br>**MOTION FOR JUDGMENT AS A MATTER OF LAW IN MILLENNIUM'S FAVOR ON PLAINTIFF'S COMPLAINT** |

TO: Plaintiff and Counter-Defendant, Slidell, Inc., and its counsel, Thomas S. Fraser, Esq., and Jeffrey W. Post, Esq., Fredrikson & Byron, P.A., 4000 U.S. Bank Plaza, 200 South Sixth Street, Minneapolis, Minnesota 55402

Defendant and Counterclaimant Millennium Inorganic Chemicals, Inc. ("Millennium"), by and through counsel, hereby moves this Court pursuant to Rules 50(b) and 52(b) of the Federal Rules of Civil Procedure to (1) vacate this Court's judgment entered on March 31, 2005, in favor of Plaintiff Slidell, Inc. ("Slidell") and against Millennium in the amount of $650,000 on Slidell's Complaint, and (2) enter final judgment in favor of Millennium and against Slidell on all counts of Slidell's Complaint.

This Motion is a renewal of Millennium's summary judgment motion decided by the Court on June 28, 2004, as it relates to Slidell's promissory estoppel claim against Millennium, which is the sole claim in Slidell's Complaint upon which the jury found in Slidell's favor. Millennium seeks no relief herein relative to (1) the separate judgment entered on March 31, 2005, in favor of Millennium and against Slidell on Millennium's Counterclaim against Slidell, or (2) the remaining claims in Slidell's Complaint which were tried to the jury (breach of contract and trade secret claims) upon which the jury found in favor of Millennium.

Judgment on Slidell's Complaint in favor of Slidell and against Millennium was entered by the Court on March 31, 2005. This Motion is timely made within ten (10) days after entry of that judgment, as calculated by Rule 6(a) of the Federal Rules of Civil Procedure.

This Motion is supported by an accompanying Memorandum of Law, all prior proceedings in this matter, the jury's verdict on the contract claims as returned on February 24, 2005, and the arguments of counsel.

Dated: April 14, 2005

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Amanda M. Cialkowski

Michael T. Nilan Reg. No. 79224
Scott A. Smith Reg. No. 174026
Matthew E. Johnson Reg. No. 235945
Amanda M. Cialkowski Reg. No. 306514
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

Attorneys for Defendant and Counter-claimant Millennium Inorganic Chemicals Inc.