*Case Name: Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
*Court File No 02-CV-213 (JRT/FLN)*
*Our File No. 50467-0001*

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I hereby certify that on April 14, 2005, I caused the following documents:

1. Millennium's Notice of Motion for Judgment as a Matter of Law in Millennium's Favor on Plaintiff's Complaint;

2. Motion for Judgment as a Matter of Law in Millennium's Favor on Plaintiff's Complaint; and

3. Memorandum of Law in Support of Motion for Judgment as a Matter of Law in Millennium's Favor on Plaintiff's Complaint.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Scott A. Smith (ssmith@halleland.com
Matthew E. Johnson (mjohnson@halleland.com)

s/ Amanda M. Cialkowski
Amanda M. Cialkowski