UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on April 14, 2005, I caused the following documents:

1. Notice of Hearing on Slidell's Motion to Determine Liability for Wrongful Injunction;
2. Slidell's Motion to Determine Liability for Wrongful Injunction;
3. Slidell's Memorandum in Support of Its Motion to Determine Liability for Wrongful Injunction;
4. Declaration of James McGregor in support of Slidell's Motion to Determine Liability for Wrongful Injunction

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com
Amanda M Cialkowski Acialkowski@halleland.com
Michael T Nilan mnilan@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: None

I further certify that I caused the proposed Order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable John R. Tunheim at tunheim_chambers@mnd.uscourts.gov

and I certify that I caused the proposed Order to be e-mailed or mailed, as noted below, to the following:

Matthew E Johnson mjohnson@halleland.com,
Scott A Smith SSmith@halleland.com
Amanda M Cialkowski Acialkowski@halleland.com
Michael T Nilan mnilan@halleland.com

Dated: April 14, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3107677\1