UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL**

Plaintiff Slidell, Inc. ("Slidell") moves this Court, for the reasons explained in the accompanying memorandum, for an Order granting judgment to Plaintiff as a matter of law and for a new trial:

(1) Dismissing Defendant Millennium Inorganic Chemical, Inc.'s affirmative defenses of equitable estoppel and waiver and ordering a new trial on Slidell's breach-of-contract damages.

(2) Setting aside the jury verdict on Slidell's trade secret claim and ordering a new trial.

Dated: April 14, 2005

s/ Jeffrey W. Post

Thomas S. Fraser (#31641)
Jeffrey W. Post (#0271883)
Jeffrey W. Jones (#0311418)
Wade S. Davis (#0326864)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

**ATTORNEYS FOR SLIDELL, INC.**

#3107648\1