UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JFT/FLN)

**STIPULATION REGARDING PRE-VERDICT INTEREST**

---

The parties, through their undersigned attorneys, hereby stipulate that Millennium is entitled to pre-verdict interest on whatever the net judgment is determined to be. This stipulation is contingent on the District Court and Court of Appeals, if an appeal is taken, affirming the jury verdict. Should the Court affirm Millennium's verdict, and not Slidell's verdict, the interest should be calculated from March 4, 2002 on solely Millennium's verdict as provided in Millennium's brief, with the exception that the 2002 interest should be $79,544.00. If the court upholds both verdicts, the pre-verdict interest shall be calculated as follows:

| | **AMOUNT** |
|---|---|
| Millennium's Breach of Contract Award: | $4,822,850.64 |
| Slidell's Promissory Estoppel Award: | ($650,000.00) |
| **NET AMOUNT:** | $4,172,850.64 |
| 2002 Interest (2%=228.65/day x 301 days) | $68,823.65 |
| 2003 Interest (4%=$457.30/day) | $166,914.03 |
| 2004 Interest (4%=$457.30/day) | $166,914.03 |
| 2005 Interest (4%=$457.30/day x 55 days) | $25,151.50 |
| **AMOUNT OF PREVERDICT INTEREST:** | $427,803.21 |

The parties also hereby stipulate that Millennium is entitled to post-verdict interest on the net verdict until the date judgment was entered. The parties disagree whether the amount of post-verdict interest is based on the net verdict plus pre-verdict interest. The amount of post-verdict interest is $457.30/day on the verdict, but is $504.18/day if calculated to include the amount of pre-verdict interest.

Dated: May 5, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#271883)
Jeffrey W. Jones (#311418)
Wade S. Davis (#326860)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7028/492-7193
Facsimile: (612) 492-7077

ATTORNEYS FOR SLIDELL, INC.

Dated: May 5, 2005

s/ Amanda M. Cialkowski
Michael T. Nilan (#79224)
Scott A. Smith (#174026)
Matthew E. Johnson (#235945)
Amanda M. Cialkowski (#306514)
HALLELAND LEWIS NILAN & JOHNSON, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, Minnesota 55402
Tel: 612-573-2901
Fax: 612-338-7858

ATTORNEYS FOR MILLENNIUM INORGANIC CHEMICALS, INC.

#3115816\1