UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Slidell, Inc.,

Plaintiff,

v.

Millennium Inorganic Chemicals, Inc.,

Defendant.

Court File No. 02-CV-213 (JRT/FLN)

**SLIDELL'S MEMORANDUM IN OPPOSITION TO MILLENNIUM'S MOTION FOR PREJUDGMENT INTEREST**

---

## INTRODUCTION

The parties have stipulated to Millennium's right to collect preverdict interest and post-verdict interest on the net judgment. The only remaining issue for the Court to decide with regard to Millennium's right to collect interest is whether the post-verdict interest should be calculated by first adding the pre-verdict interest to the Millennium's net award.

## ARGUMENT

The right to post-verdict interest on a judgment is a right established by statute. See Minn. Stat. § 549.09 (1984). Minn. Stat. § 549.09 does not provide that pre-verdict interest should be added to the award before calculating post-verdict interest. If anything, post-verdict interest, according to the language of the statute, is available only on the judgment itself. For example, Minn. Stat. § 549.09(c) provides that interest should be calculated "as simple interest per annum." Indeed, Courts do not appear to distinguish between calculating pre-verdict interest and post-verdict interest. See e.g., Hurlburt v. Northern States Power co., 549 N.W.2d 919, 920 (Minn. 1996) (awarding pre- and post-verdict interest as one lump sum). Slidell found no cases where a court added pre-verdict interest before calculating post-verdict interest. Accordingly,

the Court should award post-verdict interest on the net verdict only, and not on the net verdict plus the amount of preverdict interest.

**CONCLUSION**

For the foregoing reasons, the Court should not add the pre-verdict interest to the net award before calculating the amount of post-verdict interest.

Dated: May 5, 2005

s/ Jeffrey W. Jones
Thomas S. Fraser (#31641)
Jeffrey W. Post (#271883)
Jeffrey W. Jones (#311418)
Wade S. Davis (#326860)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

ATTORNEYS FOR SLIDELL, INC.

#3112358\2