**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counterclaimant. | ) ) ) ) ) ) ) ) ) ) | Court File No. 02-CV-213 (JRT/FLN)<br><br>**CITATION OF SUPPLEMENTAL AUTHORITY** |

Defendant and Counterclaimant Millennium Inorganic Chemicals, Inc. ("Millennium") , by and through its counsel, hereby submits to the Court as supplemental authority the decision and opinion of the Minnesota Court of Appeals in *Pollard v. Southdale Gardens of Edina Condominium Association, Inc.*, No. A04-2057 (July 5, 2005). Millennium offers the *Pollard* decision in support of the points and authorities found on pages 16-18 of Millennium's Memorandum in Opposition to Slidell's Motion for Judgment as a Matter of Law and New Trial (Document No. 457, filed May 5, 2005).

A copy of the *Pollard* opinion is attached hereto as Exhibit A.

Dated: July 14, 2005. HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Scott A. Smith

| | |
|---|---|
| Michael T. Nilan | Reg. No. 79224 |
| Scott A. Smith | Reg. No. 174026 |
| Matthew E. Johnson | Reg. No. 235945 |
| Amanda M. Cialkowski | Reg. No. 306514 |

600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

Attorneys for Defendant and Counterclaimant
Millennium Inorganic Chemicals Inc.

DN: 259532