**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Slidell, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Millennium Inorganic Chemicals Inc.,<br><br>Defendant and Counterclaimant. | Court File No. 02-CV-213 (JRT/FLN)<br><br>**CERTIFICATE OF SERVICE** |

I herby certify that on July 14, 2005, I caused the following documents:

1. Citation of Supplemental Authority.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda M. Cialkowski (acialkowski@halleland.com)
Thomas S. Fraser (tfraser@fredlaw.com)
Jeffrey W. Jones (jjones@fredlaw.com)
Michael T. Nilan (mnilan@halleland.com)
Jeffrey W. Post (jpost@fredlaw.com)
Matthew E. Johnson (mjohnson@halleland.com)

Dated: July 14, 2005

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/ Scott A. Smith
Scott A. Smith Reg. No. 174026
Amanda M. Cialkowski Reg. No. 306514
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
Telephone (612) 338-1838

Attorneys for Defendants