UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SLIDELL, INC.,

Plaintiff,

v.

MILLENNIUM INORGANIC CHEMICALS, INC.,

Defendant.

Civil File No. 02-213 (JRT/FLN)

**NOTICE OF APPEAL**

Notice is hereby given that SLIDELL, INC., the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered in this action on March 31, 2005, and the Memorandum Opinion and Order dated July 26, 2005, denying Slidell's Motion For a Judgment as a Matter of Law and a New Trial and Slidell's Motion for an Order to Determine Liability for Wrongful Injunction.

Dated: August 24, 2005

s/ Jeffrey W. Post
Jeffrey W. Post (#271883)
Laurie J. Miller (#135264)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
(612) 492-7000
(612) 492-7077 – facsimile

ATTORNEYS FOR PLAINTIFF

#3153367\1