U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ____________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Sidell, Inc., Appellant/Appellee, vs. | Jeffrey W. Post (#271883)<br>Laurie J. Miller (#135264)<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>(612) 492-7193 |
| Millennium Inorganic Chemicals, Inc., Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>Michael T. Nilan (#79224)<br>Scott A. Smith (#174026)<br>Amanda M. Cialkowski (#306514)<br>Halleland Lewis Nilan Sipkins & Johnson, P.A.<br>220 South Sixth Street, Suite 600<br>Minneapolis, MN 55402 (612) 338-1838 |

LIST ISSUES ON APPEAL (For administrative purposes) You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [✓] Yes. [ ] No

The district court erred as a matter of law by finding that the injunction was not wrongful.

The district court erred as a matter of law by denying Slidell's motion for a judgment as a matter of law and a new trial on the basis of insufficient evidence to support the jury's verdict and instructional error.

FOR LEAD COUNSEL ONLY
I [✓] have ([ ] have not) discussed settlement possibilities on appeal with my client
This appeal [ ] is ([✓] is not) amenable to settlement.

Submitted by: s/ Jeffrey W. Post August 24, 2005
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✓] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir. R. 25A(a).**