**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

*Slidell, Inc. v. Millennium Inorganic Chemicals, Inc.*
Case No. 02-CV-213 (JRT/FLN)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2005, I electronically filed the foregoing documents:

**NOTICE OF APPEAL**
**(attaching Appellant's Form A)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Amanda M Cialkowski | ACialkowski@halleland.com, KKullmann@halleland.com |
| Wade S Davis | wdavis@fredlaw.com, scharter@fredlaw.com |
| Thomas S Fraser | tfraser@fredlaw.com, cthomas@fredlaw.com |
| Matthew E Johnson | mjohnson@halleland.com, paw@halleland.com |
| Jeffrey W Jones | jjones@fredlaw.com, khenrichs@fredlaw.com |
| Michael T Nilan | mnilan@halleland.com, NGordon@halleland.com |
| Jeffrey W Post | jpost@fredlaw.com, kgonzalez@fredlaw.com |
| Scott A Smith | SSmith@halleland.com, CWochnick@halleland.com |

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None

Dated: August 24, 2005

s/ Jeffrey W. Post
Jeffrey W. Post (#271883)
Laurie J. Miller (#135264)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

ATTORNEYS FOR PLAINTIFF

#3024845\8