Thu Aug 25 08:25:01 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 437035
Cashier deborah

Check Number: 195713

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

FREDRIKSON & BYRON/ 02CV213 JRT/FLN

APPEAL TO THE 8TH CIRCUIT

SCANNED
AUG 25 2005
U.S. DISTRICT COURT MPLS