# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802

(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN
56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** September 7, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Amy Linner, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 02-213 JRT/FLN
Eighth Circuit Case No.: 05-3434
Case Title: Slidell, Inc. v. Millennium Inorganic

---

TRANSMITTED HEREWITH:

____ Original File(s), consisting of file(s).

X Two certified copies, and one uncertified copy of updated docket sheet.

____ Designated Clerk's Record #

____ Other:

X Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|
| **1-24** | **01/11/05-02/24/005** | **Trial** |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS