**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 05-3434**

**Slidell, INC.,**

**Appellant**

**v.**

**Millennium Inorganic Chemicals, INC.,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(CIV 02-213 JRT/FLN)

---

**ORDER**

Appellee Millennium Inorganic Chemicals, Inc. shall recover from the appellant the sum of $893.08 (Eight hundred ninety-three dollars and eight cents) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

March 22, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans